FILED

2003 NOV 26 P 2:35

U.S. DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| v. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | NOVEMBER 26, 2003 |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to L. Civ. R. 7(b), the Defendant, Kent School Corporation, moves for an enlargement of time, modifying the scheduling order previously entered in this matter. Counsel for Defendant has consulted with counsel for the Plaintiff and the Plaintiff does not oppose this motion to modify the scheduling order. In support hereof, the Defendant avers as follows:

1. The parties have recently concluded discussions narrowing the scope of previously noticed depositions.

2. The parties are in agreement for a forty-five day extension of time. The additional time is necessary to schedule depositions, including an out-of-state witness, during the holiday season.

3. The parties have agreed to modify the scheduling order as follows:

(a) Phase One Discovery completed by January 9, 2004; and

(b) Plaintiff must file any dispositive motion by February 16, 2004. Defendant will respond, and, if it so chooses, file a cross motion for summary judgment, within thirty (30) days of the Plaintiff's filing. The Plaintiff shall have thirty (30) days to respond to a cross motion for summary judgment.

4. This is the Defendant's second motion to modify the scheduling order, and the sixth such motion overall.

WHEREFORE, the Defendant respectfully requests that the Court modify the scheduling order as outlined herein.

DEFENDANT – KENT SCHOOL CORPORATION

By ______________________
Francis F. Brady – ct04296
Michael J. Donnelly -ct07974

Murtha Cullina LLP
185 Asylum Street
CityPlace I
Hartford, Connecticut 06103-3469
fbrady@murthalaw.com
mdonnelly@murthalaw.com
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Modification of Scheduling Order was mailed, United States Mail first-class, postage prepaid, on this 26th day of November, 2003 to:

Frank F. Coulom, Jr., Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Lawrence P. Heffernan, Esq.
Marion B. Manzo, Esq.
Robinson & Cole, LLP
One Boston Place
Boston, MA 02108-4404

Michael J. Donnelly