22

FILED

2003 NOV 26 P 2:35

U.S. DISTRICT COURT
HARTFORD CT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CHICAGO TITLE INSURANCE COMPANY

Plaintiff,

v.

KENT SCHOOL CORPORATION

Defendant.

CIVIL NO. 3 02 CV 1095 (CFD)

NOVEMBER 26, 2003

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to L. Civ. R. 7(b), the Defendant, Kent School Corporation, moves for an enlargement of time, modifying the scheduling order previously entered in this matter. Counsel for Defendant has consulted with counsel for the Plaintiff and the Plaintiff does not oppose this motion to modify the scheduling order. In support hereof, the Defendant avers as follows:

1. The parties have recently concluded discussions narrowing the scope of previously noticed depositions.

2. The parties are in agreement for a forty-five day extension of time. The additional time is necessary to schedule depositions, including an out-of-state witness, during the holiday season.

**GRANTED.** It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT