UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

✓**Telephonic Status Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

**DECEMBER 5, 2003**

**2:30 P.M.**

held
2:30-3:00
30 m.ns

**PLAINTIFF'S COUNSEL**
**WILL INITIATE THE CALL**
**860-2635**

CASE NO. **03-02-cv-1095 (CFD)** **CHICAGO TITLE INS. V KENT**

Francis J. Brady
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Frank F. Coulom Jr.
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Michael J. Donnelly
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

Lawrence P. Heffernan
Robinson & Cole
One Boston Place
Boston, MA 02108-4404

Marion B. Manzo
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK