UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 22 P 12: 00
U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | JANUARY 22, 2004 |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to L.Civ.R. 9(b), the parties move for an enlargement of time, modifying the scheduling order previously entered in this matter. In support hereof, the parties aver as follows:

1. The parties have deposed one of Chicago Title's designees and Kent School's designee. The deposition of Chicago Title's second designees, Susan Woods, was scheduled to take place within the current discovery deadlines. However, Ms. Woods has recently experienced a number of personal crises, including significant water damage to her home, which leaves her unable to travel to Connecticut to attend her scheduled deposition.

2. The parties have agreed to take Ms. Woods' deposition in Chicago on January 28, 2003.

3. Other than the deposition of Ms. Woods, there are no other depositions which need to take place.

4. The parties have agreed to modify the scheduling order as follows:

   a. Phase One Discovery completed by January 30, 2004; and

   b. Plaintiff must file any dispositive motion by March 3, 2004. Defendant will respond, and, if it so chooses, file a cross motion for summary judgment, within thirty (30) days of the Plaintiff's filing. The Plaintiff shall have thirty (30) days to respond to a cross motion for summary judgment.

WHEREFORE, the parties respectfully request that the Court modify the scheduling order as outlined herein.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Marion B. Manzo (ct 22068)
mmanzo@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

DEFENDANT -
THE KENT SCHOOL CORPORATION

Francis J. Brady - ct04296
Michael J. Donnelly – ct07974
Murtha, Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Telecopy: (860) 240-6150

**CERTIFICATION**

This is to certify that on this 22nd day of January, 2004, a copy of the foregoing was hand delivered to Michael J. Donnelly, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3469.

Marion Manzo