02/2/15 mtnmod

25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 22 P 12:00
U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | JANUARY 22, 2004 |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 2/1/04

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to L.Civ.R. 9(b), the parties move for an enlargement of time, modifying the scheduling order previously entered in this matter. In support hereof, the parties aver as follows:

1. The parties have deposed one of Chicago Title's designees and Kent School's designee. The deposition of Chicago Title's second designees, Susan Woods, was scheduled to take place within the current discovery deadlines. However, Ms. Woods has recently experienced a number of personal crises, including significant water damage to her home, which leaves her unable to travel to Connecticut to attend her scheduled deposition.

FILED
2004 FEB -2 P 2:49
U.S. DISTRICT COURT
HARTFORD, CT