FILED

2004 FEB 19 P 12:48

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br><br>Plaintiff,<br>V.<br><br>KENT SCHOOL CORPORATION<br><br>Defendant. | CIVIL NO. 3 02 CV 1095 (CFD)<br><br>FEBRUARY 19, 2004 |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

Pursuant to L.Civ.R. 9(b), the plaintiff, Chicago Title Insurance Company, moves for an enlargement of time, modifying the scheduling order previously entered in this matter. The Defendant consents to this motion. The parties have completed all scheduled depositions and the plaintiff seeks an extension of time to file its summary judgment motion due to the rescheduled deposition of the last deponent. In support hereof, the plaintiff avers as follows:

1. The parties agreed to take the deposition of Sue Woods, Chicago Title's second designee, on January 28, 2004 in Chicago, Illinois.

2. Due to a snowstorm, counsel agreed it was best not to fly out to Chicago and they postponed the deposition of Ms. Woods.

3. The rescheduled deposition took place on February 11, 2004 in Chicago.

4. Currently, Chicago Title's motion for summary judgment is due on March 3, 2004. However, Chicago Title needs additional time to file the motion for summary judgment so that the transcript of Ms. Woods' deposition is available for submission.

5. Chicago Title requests an extension of time for two weeks, until March 17, 2004, to file its motion for summary judgment.

6. Counsel for Chicago Title spoke with counsel for the defendant, and the defendant consents to this motion.

7. The parties have agreed to modify the scheduling order as follows:

   a. Plaintiff must file any dispositive motion by March 17, 2004. Defendant will respond, and, if it so chooses, file a cross motion for summary judgment, within thirty (30) days of the Plaintiff's filing. The Plaintiff shall have thirty (30) days to respond to a cross motion for summary judgment.

WHEREFORE, the plaintiff respectfully requests that the Court modify the scheduling order as outlined herein.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

Marion Manzo

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Marion B. Manzo (ct 22068)
mmanzo@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on this 19th day of February, 2004, a copy of the foregoing was sent via facsimile and first class mail to Francis J. Brady, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3469.

Marion B. Manzo