FILED

2004 FEB 19 P 12:48

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHICAGO TITLE INSURANCE COMPANY

Plaintiff,

V.

KENT SCHOOL CORPORATION

Defendant.

CIVIL NO. 3 02 CV 1095 (CFD)

FEBRUARY 19, 2004

Granted. So ordered. CFD, USDJ 2/26/04

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to L.Civ.R. 9(b), the plaintiff, Chicago Title Insurance Company, moves for an enlargement of time, modifying the scheduling order previously entered in this matter. The Defendant consents to this motion. The parties have completed all scheduled depositions and the plaintiff seeks an extension of time to file its summary judgment motion due to the rescheduled deposition of the last deponent. In support hereof, the plaintiff avers as follows:

1. The parties agreed to take the deposition of Sue Woods, Chicago Title's second designee, on January 28, 2004 in Chicago, Illinois.
2. Due to a snowstorm, counsel agreed it was best not to fly out to Chicago and they postponed the deposition of Ms. Woods.