UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| Plaintiff, | : | |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |
| | : | MARCH 17, 2004 |

**PLAINTIFF'S LOCAL RULE 56(a)1 STATEMENT**

1. In September of 1966, Chicago Title Insurance Company (hereafter "Chicago Title") issued a policy of title insurance (policy no. EC-16344) to The Kent School Corporation (hereafter "Kent School") as the named insured in the amount of $100,000 for property located in Kent, Connecticut. (Complaint ¶6; Answer ¶6.)

2. A true and accurate copy of the policy is attached as Exhibit A. (Plaintiff's Response to Request for Admission, Ex. J; Sides Depo., Ex. B, 14:2-12 and Ex. 2[1].)

3. Kent School paid a one time premium for the title policy. (Sides Depo., 58:10-59:10.)

[1] The plaintiff will refer to the transcripts and exhibits from the deposition of Thomas B. Sides, Kent School's 30(b)(6) designee, and Susan Woods, Chicago Title's 30(b)(6) designee, as "Sides Depo., (page): (line) and (Exhibit number) and "Woods Depo., (page): (line) and (Exhibit number)" respectively.

4. In 1975, the Schaghticoke Tribal Nation commenced a lawsuit against Kent School, claiming an interest in the title of the insured premises. (Complaint ¶7; Answer ¶7.)

5. Kent School employed the firm of Day, Berry and Howard, LLP, to represent it in the action. (Sides Depo., 12:25; 42:5-8, Woods Depo., 79:2-6.)

6. Kent School sent written notice of its claim to Chicago Title under the policy by letter from its counsel dated February 23, 1977. (Sides Depo., 63:19-65:16, 78:2-9 and Ex. 14; Complaint ¶¶8 and 9; Answer ¶¶8 and 9; Woods Depo., 52:6-10.)

7. Chicago Title paid legal fees incurred by Kent School in defense of the lawsuit. (Complaint ¶9, Answer ¶9; Woods Depo., 52:6-10.)

8. In 1993, the United States District Court for the District of Connecticut dismissed without prejudice the Schaghticoke Tribal Nation's lawsuit. (Complaint ¶10; Answer ¶10; Woods Depo., 52:16-19; Sides Depo., 78:2-9 and Ex. 14.)

9. In June 1998, the Schaghticoke Tribal Nation reinstituted its lawsuit and asserted a Non-Intercourse claim against Kent School. (Answer ¶11; Complaint ¶11.)

10. Kent School employed the firm of Day, Berry and Howard, LLP, to represent it in the reinstituted action. (Sides Depo., 66:10-13, 71:21-72:13; Woods Depo., 79:7-11.)

11. Kent School also employed the firm of Perkins Coie to represent it in the reinstituted action. (Sides Depo., 71:21-72:13.)

12. Kent School put Chicago Title on notice of said reinstituted suit by letter from its attorney dated June 30, 1998. (Sides Depo., 78:2-9 and Ex. 15.)

13. As of March 12, 2004, Chicago Title has spent a total of $695,844.21 for Kent School's legal fees in defending the two lawsuits by the Schaghticoke Tribal Nation. (Woods Aff., Ex. D, ¶5.) These fees include defense attorneys' fees as well as expert witness fees. (Id.)

14. On October 2, 2001, and in subsequent communications, Chicago Title attempted to tender to Kent School the policy limit of $100,000. (Defendant's Responses to Plaintiff's First Set of Interrogatories, Ex. E, Interrogatory No. 4; Sides Depo., 76:16-77:22 and Ex. 13, 81:16-82:8, 85:6-86:1, 87:20-88:8; Woods Aff., ¶6-8 and Exhibits 1-3.)

15. The tender of $100,000 was an attempt by Chicago Title to terminate its liability under the policy pursuant to Section Five(b) of the Conditions and Stipulations of the policy entitled "Payment of Loss", which provides in pertinent part: "In every case where a claim is made for loss or damage, this company . . . may terminate its liability hereunder by paying or tendering the full amount of this policy . . . ." (Woods Depo., 132:22-134:6 and Ex. 2)

16. Kent School informed Chicago Title that it would not accept the tender of the policy limits of $100,000. (Sides Depo., 78:1-80:17, 84:21 and Ex. 14; Woods Depo., 110:11-111:6.)

17. Kent School disputes Chicago Title's right to terminate its liability under the policy by tendering the policy limits. (Sides Depo., 78:1-80:17 and Ex. 14, 84:21; Woods Depo., 110:11-111:6; Complaint ¶14; Answer ¶ 14.)

18. Chicago Title has continued to pay Kent School's defense costs in the reinstituted action despite filing this declaratory judgment action. (Woods Aff., ¶9.)

19. An actual bona fide and substantial dispute exists between the parties as to their respective rights under the title policy, which requires settlement and judicial determination. (Complaint ¶15; Answer ¶ 15.).

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Marion B. Manzo (ct 22068)
mmanzo@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on this 17th day of March, 2004, a copy of the foregoing was hand delivered to Francis Brady, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3469.

Marion Manzo