UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| Plaintiff, | : | |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |
| | : | APRIL 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant, The Kent School Corporation, hereby moves for an extension of time of twenty-one (21) days, up to and including May 7, 2004, in which to respond to the Plaintiff's Motion for Summary Judgment and file a Cross-Motion for Summary Judgment in this action. This is the first motion for extension of time to respond to Plaintiff's Motion for Summary Judgment. Pursuant to the existing Scheduling Order, the Plaintiff will have thirty (30) days to respond to the cross-motion for summary judgment. The undersigned has spoken with the Plaintiff's counsel who has consented to the granting of this Motion.

DEFENDANT - KENT SCHOOL
CORPORATION

By:_____/s/ Francis J. Brady________
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Telecopy: (860) 240-6150

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first-class, postage prepaid, on this 5th day of April, 2004 to:

Frank P. Coulom, Jr., Esq.
Lawrence P. Heffernan, Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

/s/ Michael J. Donnelly
Michael J. Donnelly