02cv1095 mext

33

FILED

2004 APR -5 P 2: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br><br>Plaintiff,<br><br>V.<br><br>KENT SCHOOL CORPORATION<br><br>Defendant. | : | CIVIL NO. 3 02 CV 1095 (CFD)<br><br><br><br><br><br><br>APRIL 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant, The Kent School Corporation, hereby moves for an extension of time of twenty-one (21) days, up to and including May 7, 2004, in which to respond to the Plaintiff's Motion for Summary Judgment and file a Cross-Motion for Summary Judgment in this action. This is the first motion for extension of time to respond to Plaintiff's Motion for Summary Judgment. Pursuant to the existing Scheduling Order, the Plaintiff will have thirty (30) days to respond to the cross-motion for summary judgment. The undersigned has spoken with the Plaintiff's counsel who has consented to the granting of this Motion.

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 4/14/04

FILED

2004 APR 15 P 12:00

U.S. DISTRICT COURT
HARTFORD, CT