UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| Plaintiff, | : | |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |
| | : | MAY 3, 2004 |

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant, The Kent School Corporation ("Kent School"), hereby moves for an extension of time of fourteen (14) days, up to and including May 21, 2004, in which to respond to the Plaintiff's Motion for Summary Judgment and file a Cross-Motion for Summary Judgment in this action. The basis of this Motion is the limited availability of Thomas Sides, one of Kent School's affiants. That limited availability, coupled with the press of other business, has prevented counsel for completing its Objection and Cross-Motion.

This is the second motion for extension of time to respond to Plaintiff's Motion for Summary Judgment. The undersigned has spoken with the Plaintiff's counsel who has consented to the granting of this Motion.

NO ORAL ARGUMENT REQUESTED

DEFENDANT - KENT SCHOOL CORPORATION

By: /s/ Francis J. Brady

Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Telecopy: (860) 240-6150

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first-class, postage prepaid, on this 3rd day of May, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Lawrence P. Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Michael J. Donnelly
Michael J. Donnelly