UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br>Plaintiff, | : | CIVIL ACTION NO.<br>NO: 3:02-CV-1095(CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION<br>Defendant. | : | May 21, 2004 |

**DEFENDANT THE KENT SCHOOL CORPORATION'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendant, The Kent School Corporation ("Kent School"), respectfully moves that this Court render summary judgment in its favor as to the claims of the plaintiff, Chicago Title Insurance Company ("Chicago Title"), and as to the First Count of its Counterclaim against Chicago Title. Kent School is entitled to summary judgment on the following grounds, as more fully set forth in its accompanying memorandum:

1. Chicago Title sold to Kent School a policy of title insurance which provides for a complete defense with respect to actions brought based on claims of superior title with respect to the insured property.

2. The Schaghticoke Tribal Nation has brought an action in which it claims title superior to that held by Kent School concerning the property insured by Chicago Title.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

3. The terms of the title insurance policy require Chicago Title to provide a complete defense for Kent School with respect to the claims brought by the Schaghticoke Tribal Nation.

4. There are no disputed issues of material fact as to the interpretation of the title policy in issue.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: /s/ Francis J. Brady
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant The Kent School Corporation's Cross-Motion For Summary Judgment was mailed first-class, postage prepaid, on this 21st day of May, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Michael J. Donnelly
Michael J. Donnelly