UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | NO: 3:02-CV-1095(CFD) |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | MAY 21, 2004 |

**DEFENDANT THE KENT SCHOOL CORPORATION'S**
**LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS**

1. In September of 1966, Chicago Title Insurance Company ("Chicago Title") sold a policy of title insurance (policy number EC-16344) to the Kent School Corporation ("Kent School") with indemnity coverage in the amount of $100,000. (Chicago Title Complaint ¶6, Answer ¶6)

2. A copy of the policy is appended to Defendant The Kent School's Memorandum of Law in Opposition to Chicago Title's Motion for Summary Judgment and in Support of Cross-Motion for Summary Judgment ("Kent School's Memorandum") as Exhibit 1. (Plaintiff's Response to Request for Admission dated March 13, 2003 at Number 1)

3. Kent School made a one time payment for the title policy. The one time payment included a premium component and a fee for Chicago Title's examination of title. (Exhibit 1 to Kent School's Memorandum at page 1)

4. The policy does not have a defined term "full amount of this policy." (Id.)

5. The Declaration Page identifies the $100,000 indemnity component as the "amount of insurance." (Id. at page 2)

6. The first page of the policy states that the policy insures Kent School for "the costs and expenses of defending the title" and that these costs are "in addition" to the indemnity component. (Id. at page 1)

7. Section (a) of the portion of the policy captioned "Defense and Prosecution of Suits" provides that Chicago Title "will, at its cost, defend the insured in all actions or proceedings founded on a claim of title or incumbrances not excepted in this policy." (Id. at page 5)

8. In 1975, the Schaghticoke Tribal Nation commenced a lawsuit against Kent School, claiming an interest in the title of the insured parcel (the "Schaghticoke litigation"). (Complaint ¶7; Answer ¶7; Affidavit of David J. Elliot at ¶2)

9. By May 10, 1977, Chicago Title accepted the defense of the Schaghticoke litigation as to the insured parcel "without reservation." (May 10, 1977 letter from

Lawrence Kuder, Chicago Title, to Mr. Richard Rockwell, Day, Berry & Howard, appended to Elliott Aff. at ¶4)

10. In 1993, the court dismissed the Schaghticoke litigation without prejudice to it being revived at a later date. (Elliott Aff. at ¶3)

11. In 1998, the Schaghticokes revived the litigation. Kent School again provided notice to Chicago Title. Chicago Title once again provided a defense. Chicago Title once again did not reserve its rights when it agreed to provide a defense. (Elliott Aff. at ¶¶6,7; Sussman Aff.)

12. In October 2001, some twenty-four (24) years after it initially accepted coverage for the defense of the Schaghticoke litigation, Chicago Title first raised the issue of withdrawing from its defense obligations. In a telephone conversation with David Elliott (an attorney for Kent School in the defense of the Schaghticoke litigation), Susan Woods, the Senior Vice President of Chicago Title, raised the potential of tendering the indemnity component of the policy ($100,000). (Elliott Aff. at ¶8)

13. Chicago Title never actually tendered the $100,000 indemnity component of the policy. (Elliott Aff. at ¶¶8-10; Sides Aff. at ¶¶10, 11)

14. Subsequent to the inquiry by Chicago Title concerning its desire to terminate the defense, David Elliott on behalf of Kent School reviewed the terms of the policy and communicated to Chicago Title his understanding that the terms of the policy do not permit

the termination of the defense through the tendering of the indemnity component of the policy, without settling or otherwise resolving the underlying case. He also conveyed his understanding that the terms of the policy require payment or tender of all defense costs through the completion of the Schaghticoke litigation, along with the $100,000 indemnity component of the policy, in order to make a proper tender pursuant to the policy's terms. (Elliott Aff. at ¶9, and Exhibits 3 and 4 thereto)

15. The policy at issue is a form policy prepared by the New York Board of Title Underwriters ("N.Y.B.T.U."). Chicago Title's current policy forms are American Land Title Association ("ALTA") forms. (Fanning Deposition at p. 77)

16. The ALTA forms differ significantly from the N.Y.B.T.U. forms with respect to the insurers' right to terminate coverage. (Fanning Deposition at pp.68-81, 88-89 and Exhibits 2, 4 through 8 thereto)

17. The average cost of land in Kent, Connecticut has increased many times over the course of Schaghticoke litigation. In the period between 1977 and 2001, the average sale price of a building lot in Kent has shown an approximate fivefold increase in cost. (Bain Aff. at ¶6)

DEFENDANT - THE KENT SCHOOL CORPORATION

By:__________/s/ Francis J. Brady___
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant Kent School Corporation's Local Rule 56(a)(1) Statement was mailed first-class, postage prepaid, on this 21st day of May, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Michael J. Donnelly
Michael J. Donnelly