UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | MAY 21, 2004 |

**INDEX OF AFFIDAVITS IN SUPPORT**

A. Affidavit of David J. Elliott in Opposition to Plaintiff Chicago Title Insurance Company's Motion for Summary Judgment and In Support of Defendant The Kent School Corporation's Cross-Motion for Summary Judgment and accompanying Exhibits 1 through 4;

B. Affidavit of Eric L. Sussman in Opposition to Plaintiff Chicago Title Insurance Company's Motion for Summary Judgment and In Support of Defendant The Kent School Corporation's Cross-Motion for Summary Judgment and accompanying Exhibit 1;

C. Affidavit of Thomas B. Sides in Opposition to Plaintiff Chicago Title Insurance Company's Motion for Summary Judgment and In Support of Defendant The Kent School Corporation's Cross-Motion for Summary Judgment.

D. Affidavit of David L. Bain Concerning the Value of Real Estate in Kent Connecticut in 1966, 1977, 2001 and 2004.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: /s/ Francis J. Brady

Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Index of Affidavits in Support was mailed first-class, postage prepaid, on this 21st day of May, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Michael J. Donnelly
Michael J. Donnelly