UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02-CV-1095 (CFD) |
| | : | |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| | : | |
| Defendant. | : | MAY 21, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendant, The Kent School Corporation has manually filed the following:

1. Affidavit of David J. Elliott in Opposition to Plaintiff Chicago Title Insurance Company's Motion for Summary Judgment and In Support of Defendant The Kent School Corporation's Cross-Motion for Summary Judgment and accompanying Exhibits 1 through 4;

2. Affidavit of Eric L. Sussman in Opposition to Plaintiff Chicago Title Insurance Company's Motion for Summary Judgment and In Support of Defendant The Kent School Corporation's Cross-Motion for Summary Judgment and accompanying Exhibit 1;

3. Affidavit of Thomas B. Sides in Opposition to Plaintiff Chicago Title Insurance Company's Motion for Summary Judgment and In Support of Defendant The Kent School Corporation's Cross-Motion for Summary Judgment.

4. Affidavit of David L. Bain Concerning the Value of Real Estate in Kent Connecticut in 1966, 1977, 2001 and 2004.

These documents have not been filed electronically because:

[X] the document or thing cannot be converted to an electronic format
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

These documents have been manually served on all parties.

DEFENDANT - THE KENT SCHOOL CORPORATION

By:______/s/ Francis J. Brady_________

Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed first-class, postage prepaid, on this 21st day of May, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Michael J. Donnelly
Michael J. Donnelly