UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | MAY 21, 2004 |

**INDEX OF EXHIBITS TO THE DEFENDANT THE KENT SCHOOL CORPORATION'S MEMORANDUM IN OPPOSITION TO CHICAGO TITLE'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

1. Chicago Title Insurance Company Policy Number EC-16344, Date of Issue September 7, 1966.

2. Chicago Title Insurance Company Form Policies with revision dates October 17, 1970; October 17, 1984; October 21, 1987; April 6, 1990; and October 17, 1992.

3. Excerpts from the deposition of Philip J. Fanning, January 9, 2004.

4. Excerpts from the deposition of Susan Woods, February 11,2004.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: ___/s/ Francis J. Brady__________
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Index of Exhibits to the Defendant the Kent School Corporation's Memorandum in Opposition to Chicago Title's Motion for Summary Judgment and in Support of its Cross-Motion for Summary Judgment was mailed first-class, postage prepaid, on this 21st day of May, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Michael J. Donnelly
Michael J. Donnelly