UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | MAY 21, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendant, The Kent School Corporation has manually filed the following:

1. Exhibits 1 through 4 of the Defendant The Kent School Corporation's Memorandum in Opposition to Chicago Title's Motion for Summary Judgment and In Support of Cross-Motion for Summary Judgment.

These documents have not been filed electronically because:

[X] the document or thing cannot be converted to an electronic format
[ ] the electronic file size of the document exceeds 1.5 megabytes
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

These documents have been manually served on all parties.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: /s/ Francis J. Brady

Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed first-class, postage prepaid, on this 21st day of May, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Michael J. Donnelly
Michael J. Donnelly