UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | JUNE 8, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to L.Civ.R. 9(b), the plaintiff, Chicago Title Insurance Company, moves for an enlargement of time, modifying the scheduling order previously entered in this matter. The Defendant consents to this motion. The plaintiff filed a motion for summary judgment on March 17, 2004 and the plaintiff received the defendant's opposition and its own motion for summary judgment on May 24, 2004. The plaintiff seeks an additional 11 days to file its reply brief in support of its motion for summary judgment. In support hereof, the plaintiff avers as follows:

1. The plaintiff filed a motion for summary judgment in this matter on March 17, 2004. The defendant's opposition brief was due 30 days thereafter. However, the defendant requested and received three

extensions of time to file its opposition brief. The plaintiff did not object to any of the extensions of time.

2. The plaintiff's reply brief and its brief in opposition to the defendant's motion for summary judgment is due June 21.

3. Counsel for the plaintiff, Lawrence Heffernan, is currently scheduled to be out of the office from June 18 through June 25 (except for one morning). Accordingly, the plaintiff seeks additional time to file its reply brief in support of its summary judgment motion and in opposition to Kent School's cross motion for summary judgment.

4. Chicago Title requests an extension of time for 11 days, until July 2, 2004, to file its reply brief in support of its motion for summary judgment and to file its brief in opposition to the defendant's motion for summary judgment. Kent School will thereafter file its reply brief in support of its motion for summary judgment on July 19' 2004.

5. Counsel for Chicago Title spoke with counsel for the defendant, and the defendant consents to this motion.

WHEREFORE, the plaintiff respectfully requests that the Court modify the scheduling order as outlined herein.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Marion B. Manzo (ct 22068)
mmanzo@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

# CERTIFICATION

This is to certify that on this 8th day of June, 2004, a copy of the foregoing was sent via facsimile and first class mail to Francis J. Brady, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3469.

Marion B. Manzo