UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| Plaintiff, | : | |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |
| | : | JULY 2, 2004 |

## PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT

### I. RESPONSE TO KENT SCHOOL'S LOCAL RULE 56 (a)(1) STATEMENT

1. Chicago Title Insurance Corporation ("Chicago Tite") admits this paragraph, with the clarification that the total coverage under the policy is in the amount of $100,000. (Complaint ¶6; Answer ¶6; Plaintiff's Response to Request for Admission, Ex. J.)[1]

2. Admitted.

3. Admitted.

4. Denied. The policy, which speaks for itself, explains the "full amount of this policy." (Ex. J).

[1] All exhibits have been previously submitted to the court along with Chicago Title's motion for summary judgment which was filed March 17, 2004.

5. Denied. The policy, which speaks for itself, explains the "amount of insurance." (Ex. J).

6. Denied. The first page of the policy, which speaks for itself, states that the policy insures Kent School "against all loss or damage not exceeding the amount of insurance as stated herein and in addition the costs and expenses of defending the title . . ." subject to the conditions contained in the policy. (Ex. J).

7. Admitted.

8. Admitted.

9. Denied. Chicago Title accepted the defense of the Schaghticoke litigation as to insured parcel with certain reservations not applicable to this lawsuit, and in addition, Chicago Title accepted the defense "pursuant to and in accordance with" the policy. (May 10, 1977 letter from Lawrence Kuder, Chicago Title, to Mr. Richard Rockwell, Day, Berry & Howard, appended to Kent School's Index of Affidavits In Support of its motion for summary judgment, Affidavit of David Elliot, at ¶ 4.)

10. Admitted

11. Admitted, with the clarification that Chicago Title provided the defense "pursuant to and in accordance with" the policy. (May 10, 1977 letter from Lawrence Kuder, Chicago Title, to Mr. Richard Rockwell, Day, Berry & Howard, appended to Kent School's Index of Affidavits In Support of its motion for summary judgment, Affidavit of David Elliot, at ¶ 4.)

12. Admitted that in October of 2001 Sue Woods discussed tendering in accordance with the policy with David Elliott. (Woods Depo., 152:9-15.)[2] Denied that Chicago Title was "withdrawing from its defense obligations", rather, it was choosing to exercise an option contained in the policy. (Ex. J.)

13. Admitted to the extent that Chicago Title did not actually pay the $100,000 amount to Kent School. However, Chicago Title did attempt to tender the $100,000 and Kent School refused to accept the tender. (Defendant's Responses to Plaintiff's First Set of Interrogatories, Ex. E, Interrogatory No. 4; Sides Depo., 76:16-77:22 and Ex. 13, 78:1-80:17 and Ex. 14, 81:16-82:8, 84:21, 85:6-86:1, 87:20-88:8; Woods Aff., ¶6-8 and Exhibits 1-3; Woods Depo., 110:11-111:6.)

14. Admitted, with the clarification that Chicago Title did not simply "inquire" about tendering the policy limits, it indeed did tender the policy limits. (Id.)

15. Admitted.

16. Denied. The forms speak for themselves. (Philip Fanning Deposition at pp. 68-81, 88-89 and Exhibits 2, 4 through 8, submitted by Kent School in its Index Of Exhibits To The Defendant The Kent School Corporation's Memorandum In Opposition To Chicago Title's Motion For Summary Judgment And In Support Of Its Cross-Motion For Summary Judgment.)

---

[2] The plaintiff will refer to the transcripts and exhibits from the deposition of Thomas B. Sides, Kent School's 30(b)(6) designee, and Susan Woods, Chicago Title's 30(b)(6) designee, as "Sides Depo., (page): (line) and (Exhibit number) and "Woods Depo., (page): (line) and (Exhibit number)" respectively.

17. Plaintiff has no basis to admit or deny this fact as the parties have reserved expert discovery until after the motions for summary judgment have been decided by the court.

## II. DISPUTED ISSUES OF MATERIAL FACT

There are no issues of material fact as to which it is contended there is a genuine issue to be tried.

PLAINTIFF,
CHICAGO TITLE INSURANCE COMPANY

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Marion B. Manzo (ct 22068)
mmanzo@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on this 7th day of July, 2004, a copy of the foregoing was hand delivered to Francis Brady, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3469.

Marion Manzo