UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| Plaintiff, | : | |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |
| | : | JULY 16, 2004 |

MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), defendant, The Kent School Corporation ("Kent School"), hereby moves for an extension of time of fourteen (14) days, up to and including August 2, 2004, in which to file a Reply Memorandum in Opposition to the Plaintiff's Motion for Summary Judgment and in Support of its Cross-Motion for Summary Judgment (the "Reply Memorandum"). The basis of this Motion is the vacation of Francis Brady, counsel for Kent School, which, when coupled with the press of other business, has prevented Kent School from completing the Reply Memorandum.

This is the first motion for extension of time with respect to the Reply Memorandum. Plaintiff's counsel has consented to the granting of this Motion.

NO ORAL ARGUMENT REQUESTED

DEFENDANT - KENT SCHOOL CORPORATION

By:__________/s/____________________________
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha, Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Telecopy: (860) 240-6150

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was mailed first-class, postage prepaid, on this 16th day of July, 2004 to:

Frank P. Coulom, Jr., Esq.
Marion B. Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

Lawrence P. Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ ______________________
Michael J. Donnelly