02CV 1095 mc

FILED

2004 MAY 21 A 10:08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 18 A 8:40

U.S. DISTRICT COURT
HARTFORD, CT.

CHICAGO TITLE INSURANCE COMPANY,

Plaintiff,

v.

THE KENT SCHOOL CORPORATION,

Defendant.

CIVIL ACTION
NO. 3:02-CV-1095 (CFD)

MAY 21, 2004

Denied, as moot. So ordered.

/05

**DEFENDANT'S MOTION TO AMEND AFFIRMATIVE DEFENSE AND INCORPORATED MEMORANDUM OF LAW**

The Defendant, The Kent School Corporation ("Kent School"), moves this Court pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend its Affirmative Defense to more clearly state Kent School's position. As originally pled, the sole Affirmative Defense read as follows:

AFFIRMATIVE DEFENSE

> The plaintiff accepted coverage for defense of the underlying claim, and unconditionally paid defense costs with respect to the claim for a period in excess of twenty-four (24) years. As a result of plaintiff's conduct, Kent School has justifiably relied upon the plaintiff's continued defense of the underlying claim, and the plaintiff is thereby estopped from unilaterally terminating coverage.

See September 27, 2002 Answer, Affirmative Defense and Counterclaim at Page 3.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED