UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHICAGO TITLE INSURANCE CO. :

v. : CASE NO. 3:02CV1095(CFD)

THE KENT SCHOOL CORP. :

## JUDGMENT

This action having come on for consideration of the parties' cross motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting the defendant's motion and denying the plaintiff's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 23rd day of March, 2005.

KEVIN F. ROWE, Clerk

By ______________
Devorah Johnson
Deputy Clerk

EOD__________