UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | APRIL 6, 2005 |

**DEFENDANT THE KENT SCHOOL CORPORATION'S**
**MOTION FOR EXTENTION OF TIME**

Defendant, Kent School Corporation ("Kent School"), hereby moves for a 30 day extension of time within which to file its Application for Attorneys Fees pursuant to Rule 54(d) (2).

Kent School is simultaneously filing a motion to correct the Judgment. If the Motion to Correct the Judgment is granted, the issuance of attorneys fees will be pursued under Count 2 of Kent School's counterclaim. If, however, it were the intent of the Court to enter judgment on all counts of the complaint and counterclaim and, therefore, if there were no need to correct the March 23rd Judgment, Kent School intends to file an Application for Attorneys Fees. Defendant will need additional time to prepare such an application and requests this 30 day extension of time to do so.

If the Court grants the Motion to Correct the Judgment, this Motion for Extension of Time becomes moot.

The undersigned is unable to report the position of the Plaintiff on this motion because Plaintiff's counsel advised that he has not had an opportunity to ascertain the position of the Plaintiff.

DEFENDANT - THE KENT SCHOOL
CORPORATION

By: \s\ Francis J. Brady – ct04296
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was telecopied and mailed first-class, postage prepaid, on this 6th day of April, 2005 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

\s\ Francis J. Brady – ct04296