UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | APRIL 6, 2005 |

**DEFENDANT THE KENT SCHOOL CORPORATION'S**
**MOTION TO CORRECT JUDGMENT**

Pursuant to Rule 60(a) of the Federal Rules of The Civil Procedure, the Defendant, The Kent School Corporation ("Kent School"), respectfully moves to correct the Judgment dated March 23, 2005.

By Ruling on Cross-Motions for Summary Judgment dated March 17, 2005, the Court denied the Plaintiff's motion and granted Kent School's motion. While Plaintiff's motion was based on its entire complaint, Kent School's motion was based only on Count 1 of its counterclaim. Kent School has remaining a Count 2 of its counterclaim, which is a claim for its attorneys fees in this action. That Count 2 has not yet been presented to the Court as part of any summary judgment motion. Accordingly, it is presumed that there has been no final judgment as to all claims and, unless there is a ruling pursuant to Rule 54(b), judgment should not have entered.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

It is therefore respectfully submitted that the March 23, 2005 Judgment be corrected and vacated until there has been a resolution of Count 2 of Kent School's counterclaim.[1]

DEFENDANT - THE KENT SCHOOL CORPORATION

By: \s\ Francis J. Brady – ct04296
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

[1] If the undersigned is in error in the stated presumption and the Court intended to enter Judgment on all counts, Kent School would respectfully request that it be allowed to file an application for attorneys fees. A motion for an extension of time in that regard is being filed simultaneously herewith.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Correct Judgment was telecopied and mailed first-class, postage prepaid, on this 6th day of April, 2005 to:

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

\s\ Francis J. Brady – ct04296