UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | APRIL 13, 2005 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The plaintiff, Chicago Title Insurance Company, respectfully moves for an extension of time pursuant to Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure to file its notice of appeal. There is good cause to file this motion for extension of time. The defendant, Kent School Corporation recently filed a Motion to Correct Judgment because the court has entered a final judgment against Chicago Title, even though Kent School had not moved for summary judgment on Count Two of its counterclaim. Chicago Title has consented to Kent School's Motion to Correct the Judgment. While the filing of Kent School's Rule 60(a) motion would have tolled the time to file an appeal if it were filed within 10 days of the judgment, said motion was filed after the 10 day period.

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

Counsel for the defendant has consented to this motion for extension of time.

WHEREFORE, Chicago Title respectfully requests an extension of time of 30 days to file its notice of appeal.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Marion B. Manzo (ct 22068)
mmanzo@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

This is to certify that on this 13th day of April, 2005, a copy of the foregoing was faxed and mailed to Francis Brady, Esq., Murtha Cullina LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103-3469.

Marion Manzo