**FORM 1**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Chicago Title Insurance Co.

v.

CIVIL CASE NO. 3:02CV1095(CFD)

The Kent School Corp.

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Chicago Title Ins. Co. (appealing party) hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach the Judgment or Order):
Judgment in favor of the defendant based on the defendant's Motion for Summary Judgment

2. The Judgment /Order in this action was entered on 3/23/05 (date).

[signature]
Signature

Marion B. Manzo
Print Name

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Address

Date: 4/15/05

(860) 275-8240
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHICAGO TITLE INSURANCE CO. :

:

v. CASE NO. 3:02CV1095(CFD)

:

THE KENT SCHOOL CORP.

## JUDGMENT

This action having come on for consideration of the parties' cross motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed a Ruling, granting the defendant's motion and denying the plaintiff's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 23rd day of March, 2005.

KEVIN F. ROWE, Clerk

By ________________
Devorah Johnson
Deputy Clerk

EOD__________

**CERTIFICATION**

This is to certify that a copy of the foregoing was faxed and mailed, postage prepaid, on this 15th day of April, 2005 to the following:

Francis Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469.

Marion Manzo