UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02 CV 1095 (CFD) |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |

## RULING ON MOTION TO CORRECT JUDGMENT

The plaintiff, Chicago Title Insurance Company ("Chicago Title") brought this action seeking declaratory relief against its insured, the Kent School Corporation ("Kent School"), concerning a title insurance policy. On March 18, 2005, this Court issued an order denying Chicago Title's motion for summary judgment as to all counts in its complaint, and granting Kent School's motion for summary judgment as to all counts in Chicago Title's complaint and count one of its counterclaim [see Doc. # 59]. On March 23, 2005, judgment was entered in favor of Kent School and the case was closed.

On April 6, 2005, Kent School filed a motion to correct judgment, noting that its motion for summary judgment was only addressed to count one of its counterclaim, and not count two–which set forth a claim of breach of contract against Chicago Title and requested attorney's fees. The Court agrees with Kent School's summary of the record. Consequently, the motion to correct judgment **[Doc. # 62]** is **GRANTED**, and the judgment entered on March 23, 2005 is **VACATED.**[1] Because count two of Kent School's counterclaim remains pending, the Clerk is

[1]Because the motion to correct judgment was been granted, Kent School's motion for an extension of time in which to file an application for attorney's fees **[Doc. # 61]** is **DENIED** as moot.

directed to reopen the case.

SO ORDERED this __15__th day of April 2005, at Hartford, Connecticut.

**______/s/ CFD_____________**
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**