MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED

2005 MAY 24 A 11:11

U.S. DISTRICT COURT

Roseann B. MacKechnie
CLERK

UNITED STATES COURT OF APPEALS FILED MAY 18 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

| | |
|---|---|
| Date: | 5/18/05 |
| Docket Number: | 05-1892-cv |
| Short Title: | Chicago Title Ins v. Kent School Corp. |
| DC Docket Number: | 02-cv-1095 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Christopher Dro |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18th day of May, two thousand five.

05-1892-cv

CHICAGO TITLE INSURANCE v. KENT SCHOOL CORP.

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of March 23, 2005 United States Court for the New Haven District of Connecticut be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by Tammy Martinez
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

Tammy Martinez
By: Tammy Martinez
Deputy Clerk

CERTIFIED: 5/18/05