MANDATE

CTDC/NHCT
02-cv-1095
DRONEY

2005 JUN 24 P 1:19

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE, Plaintiff - Appellant | : | DOCKET NO.: 05-1892-cv |
| v. | : | |
| KENT SCHOOL CORPORATION, Defendant – Appellee. | : | |
| | : | MAY 27, 2005 |

UNITED STATES COURT OF APPEALS
FILED
JUN 1 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

**STIPULATION OF DISMISSAL**

The Plaintiff-Appellant and Defendant-Appellee hereby stipulate to the dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b). The Plaintiff-Appellant filed an appeal from the district court's final judgment dated March 23, 2005. The district court, upon motion of the Defendant-Appellee to vacate the judgment, has vacated said final judgment on April 15, 2005. Accordingly, this appeal is now moot and the parties hereby agree to a dismissal of the appeal.

CERTIFIED: 6/2/05

THE PLAINTIFF-APPELLANT,
CHICAGO TITLE INSURANCE

By ______________________
Lawrence P. Heffernan (ct 22567)
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

THE DEFENDANT-APPELLEE,
KENT SCHOOL CORPORATION

By ______________________
Francis J. Brady (ct04296)
Michael J. Donnelly (ct07974)
Murtha, Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Fax: (860) 240-6150

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By ______________________
Stanley A. Bass, Staff Counsel

June 1, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK
by ______________________
DEPUTY CLERK