UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02-CV-1095 (CFD) |
| | : | |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| | : | |
| Defendant. | : | SEPTEMBER 22, 2006 |

**DEFENDANT'S MOTION FOR REMOVAL FROM THE**
**<u>JURY DOCKET AND FOR THE ENTRY OF A SCHEDULING ORDER</u>**

1. Defendant Kent School Corporation had claimed this matter for the jury docket. Since the time of that claim, the Court has resolved the complaint by Summary Judgment in favor of the Defendant.

2. The only remaining issue is the Defendant's Counterclaim seeking attorney's fees.

3. The Defendant, with the concurrence of the Plaintiff, now requests that the Counterclaim be removed from the jury docket in order to more efficiently and effectively resolve the remaining issue in the case.

4. The Defendant, with the concurrence of the Plaintiff, respectfully moves that the Trial Memorandum Order (Jury Cases) be amended to provide that the resolution of the Counterclaim be addressed by the Court through Summary Judgment. Moreover, the Defendant respectfully requests that a time frame be established to govern the parties' filing of memoranda as to Summary Judgment.

5. A stipulation of the parties is attached which recounts the agreed upon points made in this Motion and outlines a proposed time frame for the resolution of the remaining issue.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: ______________________
Francis J. Brady - ct04296
Michael J. Donnelly - ct07974

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, a copy of the foregoing Defendant's Motion for Removal From The Jury Docket And For The Entry Of A Scheduling Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis J. Brady - ct04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
E-mail: fbrady@murthalaw.com