UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | SEPTEMBER 22, 2006 |

**STIPULATION AS TO COURT RESOLUTION**

WHEREAS, the Defendant Kent School Corporation, initially claimed the case for a jury trial;

WHEREAS, the Court has resolved the complaint by Summary Judgment in favor of the Defendant;

WHEREAS, the only remaining claim is the Defendant's Counterclaim for attorney's fees;

WHEREAS, the Parties agree that the liability aspect of the attorney's fees issue is a matter of law, which forecloses any practical role for a jury;

NOW THEREFORE, the parties stipulate and agree:

1. That the Defendant's claim for a Jury Trial on the Counterclaim should be withdrawn.

2. That the liability aspect of the Counterclaim should be decided by the Court.

3. That, if the Court decides the liability aspect of the Counterclaim in favor of the Defendant, the appropriate amount of attorney's fees to be awarded should be decided by the Court.

4. That, because the issue of liability is a matter of law, the most efficient and effective way of addressing that matter would be by Summary Judgment.

5. That, subject to the approval of the Court, an appropriate schedule for addressing the proposed Summary Judgment issue would be as follows:

a. On or before October 27, 2006, the Parties will file Summary Judgment Motions;

b. On or before November 21, 2006, the Parties will file their Oppositions to Summary Judgment; and

c. On or before December 13, 2006, the Parties will file their Replies.

6. That, subject to the approval of the Court, the schedule outlined in the Trial Memorandum Order (Jury Cases) dated September 14, 2006 be withdrawn as moot.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: ______________________
Francis J. Brady - ct04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

PLAINTIFF – CHICAGO TITLE INSURANCE COMPANY

By: ______________________
Lawrence P. Heffernan (ct 22567)
Frank F. Coulom, Jr. (ct 05230)
Marion B. Manzo (ct 22068)

Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2006, a copy of the foregoing Stipulation As To Court Resolution was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis J. Brady / ct04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
E-mail: fbrady@murthalaw.com