UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | X : | |
| Plaintiff, | : : | CIVIL NO. 3 02 CV 1095 (CFD) |
| v. | : : | |
| KENT SCHOOL CORPORATION | : : | |
| Defendant. | : : | |
| | : x | OCTOBER 24, 2006 |

## APPEARANCE

Please enter the appearance of the undersigned for the plaintiff in the above-captioned matter.

PLAINTIFF,
CHICAGO TITLE INSURANCE COMPANY

/s/_____________________________

Andrea Donovan Napp (ct 26637)
anapp@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

**CERTIFICATION**

I hereby certify that on October 24, 2006, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

/s/ ______________________
Andrea Donovan Napp