UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br><br>Plaintiff,<br>v.<br><br>KENT SCHOOL CORPORATION<br><br>Defendant. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | CIVIL NO. 3 02 CV 1095 (CFD)<br><br><br><br><br><br>OCTOBER 27, 2006 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the plaintiff, Chicago Title Insurance Company ("Chicago Title"), hereby moves for summary judgment on count two of defendant Kent School Corporation's ("Kent School") counterclaim in this declaratory judgment action. Kent School's second count involves allegations of breach of contract based upon Chicago Title's commencement of the instant declaratory judgment action and Chicago Title's refusal to pay Kent School's attorneys' fees related to this matter. As set forth in the accompanying memorandum of law, neither the law nor the insurance policy at issue in this case supports an award of attorneys' fees. Accordingly, Chicago Title respectfully requests that this motion be granted and judgment enter in favor of Chicago Title on count two of the defendant's counterclaim.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

/s/ ______________________

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Andrea Donovan Napp (ct 26637)
anapp@rc.com@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

I hereby certify that on October 27, 2006, a copy of the foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

/s/ ______________________
Andrea Donovan Napp