UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br>Plaintiff,<br>v.<br>KENT SCHOOL CORPORATION<br>Defendant. | : | CIVIL NO. 3 02 CV 1095 (CFD)<br><br><br><br>OCTOBER 27, 2006 |

## **PLAINTIFF'S LOCAL RULE 56 (a) (1) STATEMENT**

In addition to the facts stipulated in the Parties' Joint Stipulation of Facts filed herewith and incorporated by reference herein, the plaintiff, Chicago Title Insurance Company ("Chicago Title"), also states as follows:

1. On October 2, 2001, and in subsequent communications, Chicago Title attempted to tender to Kent School Corporation ("Kent School"), the policy limit of $100,000. (Defendant's Responses to Plaintiff's First Set of Interrogatories, Ex. E, Interrogatory No. 4; Sides Depo., 76:16-77:22 and Ex. 13, 81:16-82:8, 85:6-86:1, 87:20-88:8; Woods Aff., ¶6-8 and Exhibits 1-3.)[1]

[1] With the exception of the Affidavit of Stephanie Lackey, which is attached hereto at Exhibit A, all exhibits cited herein were previously submitted to the Court as exhibits to the Plaintiff's first Rule 56 (a)(1) Statement filed in support of the motion for summary judgment filed on March 17, 2004 and are incorporated by reference herein.

2. Kent School informed Chicago Title that it would not accept the tender of the policy limits of $100,000. (Sides Depo., 78:1-80:17, 84:21 and Ex. 14; Woods Depo., 110:11-111:6.)

3. As of the date October 19, 2006, Chicago Title has paid a total of $1,094,795.89 for Kent School's legal fees in defending the two lawsuits brought by the Schaghticoke Tribal Nation. (Affidavit of Stephanie Lackey, dated October 24, 2006, ¶5, attached hereto at Exhibit A).

4. An actual bona fide and substantial dispute exists between the parties as to their respective rights under the title policy, which requires settlement and judicial determination.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

/s/

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Andrea Donovan Napp (ct 26637)
anapp@rc.com@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

I hereby certify that on October 27, 2006, a copy of the foregoing Plaintiff's Local Rule 56 (A) (1) Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

/s/
Andrea Donovan Napp

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br><br>Plaintiff,<br>v.<br><br>KENT SCHOOL CORPORATION<br><br>Defendant. | | CIVIL NO. 3 02 CV 1095 (CFD)<br><br><br><br><br><br><br>OCTOBER 27, 2006 |

## PLAINTIFF'S LOCAL RULE 56 (a) (1) STATEMENT

In addition to the facts stipulated in the Parties' Joint Stipulation of Facts filed herewith and incorporated by reference herein, the plaintiff, Chicago Title Insurance Company ("Chicago Title"), also states as follows:

1. On October 2, 2001, and in subsequent communications, Chicago Title attempted to tender to Kent School Corporation ("Kent School"), the policy limit of $100,000. (Defendant's Responses to Plaintiff's First Set of Interrogatories, Ex. E, Interrogatory No. 4; Sides Depo., 76:16-77:22 and Ex. 13, 81:16-82:8, 85:6-86:1, 87:20-88:8; Woods Aff., ¶6-8 and Exhibits 1-3.)[1]

[1] With the exception of the Affidavit of Stephanie Lackey, which is attached hereto at Exhibit A, all exhibits cited herein were previously submitted to the Court as exhibits to the Plaintiff's first Rule 56 (a)(1) Statement filed in support of the motion for summary judgment filed on March 17, 2004 and are incorporated by reference herein.

2. Kent School informed Chicago Title that it would not accept the tender of the policy limits of $100,000. (Sides Depo., 78:1-80:17, 84:21 and Ex. 14; Woods Depo., 110:11-111:6.)

3. As of the date October 19, 2006, Chicago Title has paid a total of $1,094,795.89 for Kent School's legal fees in defending the two lawsuits brought by the Schaghticoke Tribal Nation. (Affidavit of Stephanie Lackey, dated October 24, 2006, ¶5, attached hereto at Exhibit A).

4. An actual bona fide and substantial dispute exists between the parties as to their respective rights under the title policy, which requires settlement and judicial determination.

PLAINTIFF,
CHICAGO TITLE INSURANCE COMPANY

/s/ _________________________

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Andrea Donovan Napp (ct 26637)
anapp@rc.com@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

I hereby certify that on October 27, 2006, a copy of the foregoing Plaintiff's Local Rule 56 (a) (1) Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

/s/ ____________________
Andrea Donovan Napp