# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| Plaintiff, | : | |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |

## AFFIDAVIT OF STEPHANIE LACKEY

I, Stephanie Lackey, being duly sworn, depose and say:

1. I am over 18 years old and understand the obligations of an oath.

2. This affidavit is based upon my own personal knowledge.

3. I am an Assistant Vice President and Claims Counsel for Chicago Title Insurance Company ("Chicago Title").

4. I handle matters related to the claims by Kent School Corporation ("Kent School"), which has been sued by the Schaghticoke Tribal Nation regarding land located in Kent, Connecticut.

5. As of October 19, 2006, Chicago Title has paid a total of $1,094,795.89 for Kent School's legal fees in defending the two lawsuits brought by the Schaghticoke Tribal Nation. Those fees include defense attorneys' fees as well as expert witness fees.

Stephanie Lackey

Stephanie Lackey

Subscribed and sworn to before me
On this 24th day of October, 2006.

"OFFICIAL SEAL"
Karen V. Rhodes
Notary Public, State of Illinois
My Commission Expires Sept. 10, 2007

Karen V. Rhodes

Notary Public
My commission expires: