UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| Plaintiff, | : | |
| v. | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | OCTOBER 27, 2006 |

**PARTIES' JOINT STIPULATION OF FACTS**

The parties to the above-captioned action, Plaintiff Chicago Title Insurance Company ("Chicago Title") and Defendant The Kent School Corporation ("Kent School"), by and through their undersigned counsel, hereby stipulate to the following facts for purposes of the cross motions for summary judgment to be filed on or before October 27, 2006:

1. In September of 1966, Chicago Title issued a policy of title insurance (policy no. EC-16344) to Kent School as the named insured in the "amount of insurance" of $100,000 for property located in Kent, Connecticut. A true and accurate copy of policy number EC-16344 is attached hereto.

2. In 1975, the Schaghticoke Tribal Nation commenced a lawsuit against Kent School, claiming an interest in the title of the insured premises.

3. Kent School employed the firm of Day, Berry and Howard, LLP, to represent it in this action.

4. In 1993, the United States District Court for the District of Connecticut dismissed without prejudice the Schaghticoke Tribal Nation's lawsuit.

5. Since 1977, when Kent School tendered the defense, Chicago Title has paid legal fees incurred by Kent School in the defense of the lawsuit.

6. In June 1998, the Schaghticoke Tribal Nation reinstituted its lawsuit against Kent School.

7. Kent School again employed the firm of Day, Berry and Howard, LLP, to represent it in the reinstituted action.

8. Kent School also employed the firm of Perkins Coie to represent it in the reinstituted action.

9. Chicago Title has paid and continues to pay legal fees incurred by Kent School in the defense of the reinstituted action.

10. As of the date of this motion, Chicago Title has paid a substantial amount of money for Kent School's legal fees in defending the two lawsuits by the Schaghticoke Tribal Nation. These fees include defense attorneys' fees as well as expert witness fees.

11. Chicago Title instituted this action against Kent School, seeking a declaratory judgment that it is not under a duty to defend Kent School after a tender of the policy limits of the title insurance policy.

12. Kent School counterclaimed, seeking a declaratory judgment that Chicago Title is obligated to pay its defense costs and also by asserting a claim for breach of contract against Chicago Title, claiming that Chicago Title has breached or will breach its contractual obligation by its failure or refusal to pay Kent School's defense costs in the present action

13. Chicago Title has continued to pay Kent School's defense costs in the underlying action brought by the Schaghticoke Tribal Nation.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Frank F. Coulom, Jr. (ct 05230)
fcoulom@rc.com,
Andrea Donovan Napp (ct 26637)
anapp@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

DEFENDANT,
THE KENT SCHOOL
CORPORATION

Francis J. Brady (ct 04296)
fbrady@murthalaw.com
Murtha Cullina, LLP
CityPlace I
185 Asylum St.
Hartford, CT 06103-3469
Tel. No.: (860) 240-6000
Fax No.: (860) 240-6150

**CERTIFICATION**

I hereby certify that on October 27, 2006, a copy of the foregoing Parties Joint Stipulation of Facts was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

/s/ ______________________
Andrea Donovan Napp