UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | NO: 3:02-CV-1095(CFD) |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | October 27, 2006 |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS COUNTERCLAIM FOR ATTORNEYS' FEES**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant The Kent School Corporation ("Kent School") respectfully moves that this Court render partial summary judgment in its favor as to the liability aspect of the Second Count of its Counterclaim against Plaintiff Chicago Title Insurance Co ("Chicago Title"). Kent School is entitled to summary judgment on the following grounds, as more fully set forth in its accompanying memorandum:

1. Chicago Title sold to Kent School an insurance policy which provides for both defense and indemnity.

2. The Schaghticoke Tribal Nation has brought an action against Kent School within the scope of the Chicago Title insurance policy.

3. Chicago Title brought this action in pursuit of a declaratory judgment that it had no further duty to defend Kent School as to the claims by the Schaghticoke Tribal Nation.

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

4. This Court rejected Chicago Title's declaratory judgment action, and held that the policy places Chicago Title under a continuing duty to provide a complete defense to Kent School against the claims of the Schaghticoke Tribal Nation.

5. Kent School incurred attorneys' fees and costs in the defense of this declaratory judgment action.

Based upon the undisputed facts and the governing law, Kent School is entitled to its attorneys' fees and costs incurred in the defense of this action. The support for the amounts of those fees will be submitted as Kent School's damages claim once the Court has favorably considered this partial motion as to liability.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: Francis J. Brady – ct 04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com
Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Motion for Partial Summary Judgment on its Counterclaim for Attorneys' Fees was filed electronically and was mailed first class, postage prepaid this 27th day of October, 2006 to counsel of record noted below. Notice of this filing will be sent by e-mail to the noted counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Andrea Donovan Napp, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

Francis J. Brady ct 04296