UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | NO: 3:02-CV-1095(CFD) |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | OCTOBER 27, 2006 |

**DEFENDANT THE KENT SCHOOL CORPORATION'S**
**LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED FACTS**

1. The Kent School Corporation has incurred substantial attorneys' fees and costs in defense of this declaratory judgment action brought against it by Chicago Title Insurance Co. (Affidavit of Thomas B. Sides Dated October 25, 2006).

2. The Parties' Joint Stipulation of Facts is incorporated by reference.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: [signature]

Francis J. Brady - ct04296
Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant The Kent School Corporation's Local Rule 56(A)(1) Statement Of Undisputed Facts was filed electronically and was mailed first class, postage prepaid this 27th day of October, 2006 to counsel of record noted below. Notice of this filing will be sent by e-mail to the noted counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Andrea Donovan Napp, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

Francis J. Brady – ct 04296