UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:02-C-1095 (CFD) |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION | : | |
| | : | |
| | : | |
| Defendant. | : | OCTOBER 27, 2006 |

APPENDIX FOR EXHIBITS A THROUGH K FILED AS ATTACHMENTS TO DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS COUNTERCLAIM FOR ATTORNEYS' FEES

The attached documents include Exhibits A through K as follows:

A. Ruling on Cross-Motions for Summary Judgment;

B. Parties Joint Stipulation of Facts;

C. Affidavit of Thomas B. Sides Dated October 25, 2006;

D. Affidavit of Thomas B. Sides Dated May 19, 2004;

E. Policy of Title Insurance;

F. General Ins. Co. of Am. v. City of N.Y., No. 04 Civ. 8946 (JCF), 2005 U.S. Dist. LEXIS 35864 (S.D.N.Y. Dec. 23, 2005);

G. Aetna Life & Cas. Co. v. Gentile, No. 0122259, 1995 Conn. Super. LEXIS 3444 (Conn. Super. Ct. Dec. 12, 1995);

H. U.S. Underwriters Ins. Co. v. City Club Hotel, LLC, No. 03-7533(L), 2003 U.S. Dist. LEXIS 7266 (S.D.N.Y. Apr. 30, 2003);

I. First Am. Title Ins. Co. v. Jaworoski, No. CV87-0085495S, 3 Conn. Super. Ct. Rep. 207 (Conn. Super. Ct. Jan. 15, 1988);

J. Spaziani v. Harleysville Worcester Ins. Co., No. CV044000309S, 2005 Conn. Super. LEXIS 2999 (Conn. Super. Ct. Oct. 31, 2005); and

K. General Plasma v. Reliance Ins. Co., No. CV970575899S, 2000 Conn. Super. LEXIS 68 (Conn. Super. Ct. Jan. 11, 2000).

DEFENDANT - THE KENT SCHOOL CORPORATION

By ______________________
Francis J. Brady – ct 04296
Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com
Its Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Appendix For Exhibits A Through K Filed As Attachments To Defendant's Memorandum In Support Of Its Motion For Partial Summary Judgment On Its Counterclaim For Attorneys' Fees was filed electronically and was mailed first class, postage prepaid this 27th day of October, 2006 to counsel of record noted below. Notice of this filing will be sent by e-mail to the noted counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Andrea Donovan Napp, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

Francis J. Brady – ct 04296