# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | NO: 3:02-CV-1095 (CFD) |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | OCTOBER 27, 2006 |

AFFIDAVIT OF THOMAS B. SIDES IN SUPPORT OF
DEFENDANT KENT SCHOOL CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Thomas B. Sides, being duly sworn, hereby depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am the Chief Financial Officer/Business Officer of The Kent School Corporation ("Kent School") and, in that capacity, I am the corporate officer who is responsible for the litigation over the title of real property owned by Kent School and claimed by the Schaghticoke Tribal Nation (the "Schaghticoke litigation"), as well as this declaratory judgment action concerning Kent School's right to be provided a defense in the Schaghticoke litigation by its carrier, Chicago Title Insurance Company ("Chicago Title"). I have been employed by Kent School in this capacity since March 1, 1989. I make this affidavit in that role.

3. I have reviewed the records held by Kent School in preparation for signing this affidavit.

4. Through August 31, 2006, Kent School has spent $ 163,000 for attorneys' fees and costs in its defense of this declaratory judgment action.

Thomas B. Sides

Subscribed and sworn to before me this 25th date of October, 2006

Commissioner of the Superior Court
Notary Public #116094
My commission expires: 7/31/2007