# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | NO: 3:02-CV-1095(CFD) |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | MAY 19, 2004 |

AFFIDAVIT OF THOMAS B. SIDES IN OPPOSITION TO PLAINTIFF CHICAGO TITLE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANT THE KENT SCHOOL CORPORATION'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, Thomas B. Sides, being duly sworn, hereby depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am the Chief Financial Officer/Business Officer of The Kent School Corporation ("Kent School") and, in that capacity I am the corporate officer who is responsible for the litigation over the title of real property owned by Kent School and claimed by the Schaghticoke Tribal Nation (the "Schaghticokes")(the "Schaghticoke litigation"). I have been employed by Kent School in this capacity since March 1, 1989. I make this affidavit in that role.

3. Kent School is an independent, co-educational boarding school located in Kent, Connecticut. The School covers grades 9 through 12, and is a college preparatory program.

4. The School has approximately 550 students. The student body is drawn from the United States and from nineteen (19) other countries.

5. I have reviewed the records held by Kent School in preparation for signing this affidavit.

6. Through the Schaghticoke litigation, the Schaghticokes are claiming that they have rightful title to certain property in and around Kent, Connecticut. A portion of the property claimed by the Schaghticokes is the parcel owned by Kent School that is insured by Chicago Title Insurance Company (the "Property").

7. The Property was donated to Kent School in 1966 and has been incorporated into the campus.

8. Based on my review of the available records, Kent School provided notice of the Schaghticoke litigation to Chicago Title Insurance Company ("Chicago Title"), which accepted defense of the Schaghticoke litigation, without reservation, at least by May 1977.

9. Also based on my review of the records, Chicago Title has paid the legal bills related to the defense of the Property.

10. Chicago Title has not tendered the amount of insurance ($100,000) to me or, to the best of my knowledge, to anyone else representing Kent School in purported settlement of Chicago Title's obligations, based upon my review of the records and of the affidavits of David Elliott and Eric Sussman.

11. Kent School's records do not reflect any discussion of a tender of the amount of insurance ($100,000), for the period between 1977 and October 2001, when I understand that Chicago Title broached the subject with David Elliott who serves as attorney for the School in the Schaghticoke litigation. I further understand, however, that no actual tender was made in October 2001 or at any point thereafter.

12. I never have received a check from Chicago Title for $100,000 or any other amount that was characterized as the amount of insurance under the policy. I have reviewed the School's records, and do not see any evidence of any such check being provided to Kent School by Chicago Title.

13. Based on my review of Kent School's files, the title for the Property was insured only by the Chicago Title policy at issue and was not self insured by the Kent School nor by any other title insurance company.

Thomas B. Sides
Thomas B. Sides

Subscribed and sworn to before me this 19th date of May, 2004

Elizabeth Dwight
Commissioner of the Superior Court
Notary Public
My commission expires: 7/31/07
#116094