UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | NO: 3:02-CV-1095 (CFD) |
| v. | : | |
| | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | NOVEMBER 1, 2006 |

SUPPLEMENTAL AFFIDAVIT OF THOMAS B. SIDES
IN SUPPORT OF DEFENDANT KENT SCHOOL CORPORATION'S
MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Thomas B. Sides, being duly sworn, hereby depose and say:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am submitting this affidavit to supplement my affidavit of October 25, 2006.

3. I am the Chief Financial Officer/Business Officer of The Kent School Corporation ("Kent School") and, in that capacity, I am the corporate officer who is responsible for the litigation over the title of real property owned by Kent School and claimed by the Schaghticoke Tribal Nation (the "Schaghticoke litigation"), as well as this declaratory judgment action concerning Kent School's right to be provided a defense in the Schaghticoke litigation by its carrier, Chicago Title Insurance Company ("Chicago Title"). I have been employed by Kent School in this capacity since March 1, 1989. I make this affidavit in that role.

4. I have reviewed the records held by Kent School in preparation for signing this affidavit.

5. In my affidavit of October 25, I stated that, through August 31, 2006, Kent School has spent $163,000.00 for attorneys' fees and costs in its defense of this declaratory judgment action.

6. That amount referred to in paragraph 5 represented attorneys' fees and costs incurred for work done by Kent School's primary counsel in this matter, the law firm of Murtha Cullina LLP.

7. Kent School has incurred additional attorneys' fees and costs for work done by the law firm of Day, Berry & Howard LLP in defense of this matter.

8. Through August 31, 2006, Kent School has spent $10,565.00 for attorneys' fees and costs in its defense of this declaratory judgment action for work performed by Day, Berry & Howard LLP.

9. Through August 31, 2006, Kent School has spent a total of $173,565.00 for attorneys' fees and costs in its defense of this declaratory judgment action.

Thomas B. Sides

Subscribed and sworn to before me this 31st date of October, 2006

Commissioner of the Superior Court
✓ Notary Public #116094
My commission expires: 7/31/07

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Supplemental Affidavit Of Thomas B. Sides In Support Of Defendant Kent School Corporation's Motion For Partial Summary Judgment was filed electronically and was mailed first class, postage prepaid this 1st day of November, 2006 to counsel of record noted below. Notice of this filing will be sent by e-mail to the noted counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Andrea Donovan Napp, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

Francis J. Brady – ct 04296