UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION | : | |
| Defendant. | : | NOVEMBER 21, 2006 |

APPENDIX FOR EXHIBITS A THROUGH J FILED AS ATTACHMENTS TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The attached documents include Exhibits A through J as follows:

A. Chicago Title Insurance Company Policy Number EC-16344, Date of Issue September 7, 1966;

B. Ruling on Cross-Motions for Summary Judgment;

C. First Am. Title Ins. Co. v. Jaworoski, No. CV87-0085495S, 3 Conn. Super. Ct. Rep. 207 (Conn. Super. Ct. Jan. 15, 1988);

D. Excerpts from the deposition of Philip J. Fanning, January 9, 2004;

E. Chicago Title Insurance Company Form Policy with revision date October 17, 1992;

F. Aetna Life & Cas. Co. v. Gentile, No. 0122259, 1995 Conn. Super. LEXIS 3444 (Conn. Super. Ct. Dec. 12, 1995);

G. Webster's New Intern'l Dictionary of the English Language, Unabridged 897-98 (1993);

H. Black's Law Dictionary 692 (8th ed. 2004);

I. General Plasma v. Reliance Ins. Co., No. CV970575899, 2000 Conn. Super. LEXIS 68 (Conn. Super. Ct. Jan. 11, 2000); and

J. Affidavit of Thomas B. Sides Dated May 19, 2004.

DEFENDANT - THE KENT SCHOOL CORPORATION

By /s/ Francis J. Brady
Francis J. Brady – ct 04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com
Its Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appendix For Exhibits A Through J Filed As Attachments To Defendant's Reply Memorandum To Plaintiff's Motion For Summary Judgment was filed electronically this 21st day of November, 2006. Notice of this filing will be sent by e-mail to counsel of record noted below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Andrea Donovan Napp, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-34597

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108-4404

/s/ Francis J. Brady
Francis J. Brady – ct 04296