# EXHIBIT G

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more t*
*one hundred years of Merriam-Webster® dictionai*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*
SPRINGFIELD, MASSACHUSETTS, U.S.A.

1 *Austral* : to search for gold typically by picking over abandoned workings 2 *chiefly Austral* : to search about : RUMMAGE, PROSPECT ~ *vt, chiefly Austral* : to search for by or as if by rummaging : ferret out

**fos·sick·er** \-kə(r)\ *n* -s *chiefly Austral* : one that fossicks : PROSPECTOR

**fos·si·form** \ˈfäsə,fȯrm, ˈfȯs-\ *adj* [¹*fossa* + *-iform*] : having the form of a fossa : DEPRESSED, GROOVED

**¹fos·sil** \ˈfäsəl *also* ˈfȯs- *sometimes* -(,)sil\ *n* -s [L *fossilis*, adj., dug up] 1 *archaic* : a rock, mineral, or other substance dug out of the earth 2 : any remains, impression, or trace of an animal or plant of past geological ages that has been preserved in the earth's crust ⟨the tangible evidences of paleobotany are ~*s* —W.C.Darrah⟩ 3 a : a person whose views are outmoded : one whose interests are in the past ⟨one of the ~*s* of the old abolition party —*N. H. Patriot & State Gazette*⟩ b : something that has become rigidly fixed ⟨aesthetic theories are filled with ~*s* of antiquated psychologies —John Dewey⟩ 4 a : a word or sense once in common use but now obsolete except in certain idioms and phrases (as *fro* in *to and fro*) b : a linguistic form no longer productive but preserved in certain words (as the prefix *a* in *aloft, away*)

**²fossil** \"\ *adj* [L *fossilis* dug up, fr. *fossus* (past part. of *fodere* to dig) + *-ilis* -ile — more at BED] : having the characteristics of a fossil: as a : extracted from the earth ⟨the main sources of concentrated energy available to man were the ~ fuels such as coal, oil, and natural gas —E.V.Murphree⟩ b : preserved in an identifiable and commonly more or less mineralized or petrified form through geologic ages c : dead to change or progress : rigidly fixed : ANTIQUATED

**fossil copal** *n* : COPALITE

**fossil flour** *n* : ground diatomite

**fos·sil·if·er·ous** \,fäsəˈlif(ə)rəs *also* ,fȯs-\ *adj* [ISV ¹*fossil* + *-i-* + *-ferous*] : containing fossils

**fos·sil·i·fi·ca·tion** \fä,siləfəˈkāshən *also* fȯ,-\ *n* -s [¹*fossil* + *-i-* + *-fication*] : FOSSILIZATION

**fos·sil·i·fy** \-ˈ==,fī\ *vb* -ED/-ING/-ES [¹*fossil* + *-i-* + *-fy*] : FOSSILIZE

**fos·sil·ist** \ˈfäsələst *also* ˈfȯs-\ *n* -s : PALEONTOLOGIST

**fossil ivory** *n* : ivory that has been buried long enough to become yellowish, variegated, sepia, or black in color — see OLD BERING SEA

**fos·sil·iza·tion** \,==ləˈzāshən, -,līˈz-\ *n* -s [ISV *fossilize* + *-ation*] : the process of fossilizing or becoming fossilized

**fos·sil·ize** \ˈ==,līz\ *vb* -ED/-ING/-S *see -ize in Explan Notes* [ISV ¹*fossil* + *-ize*] *vt* 1 : to turn into a fossil ⟨their *fossilized* remains, recovered from some limestone that they helped to build, are often wonderfully attractive —W.E.Swinton⟩ 2 : to preserve as if in fossil form : make outmoded, rigid, or fixed ⟨"no" as clearly stamps one as retrogressive, *fossilized*, probably isolationist or worse —Irving Kolodin⟩ ~ *vi* : to become changed into a fossil ⟨not all plant materials ~ equally well —*Science News Letter*⟩

**fossil man** *n* : man known only from fossilized skeletal remains

**fos·sil·o·gy** \fäˈsiləjē *also* fȯˈ-\ *or* **fos·sil·ol·o·gy** \,fäsəˈläləjē *also* ,fȯs-\ *n* -ES [*fossilogy* fr. *fossil* + *-logy*; *fossilology* fr. *fossil* + *-o-* + *-logy*] *archaic* : PALEONTOLOGY

**fossil oil** *n* : PETROLEUM

**fossil ore** *n* : a fossiliferous ore in which the fossil fragments have turned into some compound of iron

**fossil resin** *n* : any of various hard natural resins (as amber or some copals) usu. found in the earth as exudates of trees long dead

**fossil turquoise** *n* : ODONTOLITE

**fos·sor** \ˈfäsə(r) *also* ˈfȯs-\ *n* -s [LL, fr. L, digger, fr. *fossus* (past part. of *fodere* to dig) + *-or*] : a gravedigger in the early church

**fos·so·ri·al** \(ˈ)fäˈsōrēəl, -sȯr- *also* (ˈ)fȯˈ-\ *or* **fos·so·ri·ous** \-ēəs\ *adj* [ML *fossorius* adapted to digging (fr. L *fossus* + *-orius* -ory) + E *-al* or *-ous*] : adapted to digging ⟨a ~ foot⟩ ⟨a ~ mammal⟩ — opposed to *cursorial*

**fos·su·late** \ˈfäs(y)ələt, -,lāt *also* ˈfȯs-\ *adj* [NL *fossula* small fossa (fr. L, small ditch, fr. *fossa* cavity, ditch, trench + *-ula*) + E *-ate* — more at FOSSA] *zool* : slightly hollowed or grooved

**¹fos·ter** \ˈfästər\ *n* -s [ME, foster child, offspring, food, fr. OE *fōstor* food, feeding; akin to ON *fōstr* action of bringing up; derivative fr. the root of E *food*] *Scot* : a foster child

**²fos·ter** \ˈfōstə(r), ˈfäs-\ *n* -s [ME *foster, fostre*, fr. OE *-fōstre* nurse; akin to ON *fōstra* nurse; derivative fr. the root of E ¹*foster*] *archaic* : a foster parent

**³foster** \"\ *vt* **fostered**; **fostered**; **fostering** \-t(ə)riŋ\ **fosters** [ME *fostren, fostrien*; akin to ON *fōstra* to raise, bring up; derivative fr. the root of E ¹*foster*] 1 *obs* : to supply with food or nourishment ⟨one bred but of alms and ~*ed* with cold dishes —Shak.⟩ 2 a *obs* : to bring up with parental care b : to bring up under fosterage ⟨the young prince was ~*ed* in the home of the duke⟩ 3 : to keep warm : WARM ⟨what a viper have I been ~*ing* in my bosom —Oliver Goldsmith⟩ 4 : to promote the growth or development of : promote and sustain : ENCOURAGE, CULTIVATE ⟨the type of civilization which ~*ed* the minstrel —C.D.Lewis⟩ ⟨~ the use of radioactive isotopes —L.V.Joseph⟩ **syn** see NURSE

**⁴foster** \"\ *adj* [ME *foster*, *foster-* (as first constituent in such terms as *foster moder, fostermoder* foster mother, *foster child, fosterchild* foster child), fr. OE *fōstor-*, fr. *fōstor* food, feeding] : affording, receiving, or sharing nourishment, upbringing, or parental care though not related by blood or legal ties: as a : rearing the child of another ⟨a ~ parent⟩ b : brought up by someone other than one's natural parent ⟨a ~ child⟩ c : reared in the same family but not of the same parentage ⟨~ brothers⟩

**⁵foster** *n* -s [ME, alter. of *forster* — more at FORESTER] *obs* : FORESTER

**fos·ter·age** \ˈfästərij, ˈfäs-\ *n* -s [³*foster* + *-age*] 1 a : the care of a foster child b : the state of being a foster child 2 : the custom once widely prevalent in Ireland, Wales, and Scotland of entrusting one's child to foster parents to be nursed and brought up ⟨the ties of clanship were strengthened by ~⟩ 3 : the act of encouraging or promoting development

**foster care** *n* : supervised care for orphaned, neglected, or delinquent children or for persons mentally ill in a substitute home or an institution on either a full-time or day-care basis

**fos·ter·er** \-tərə(r)\ *n* -s [ME *fostrere*, fr. *fostren* to foster + *-ere* -er] 1 : one that fosters 2 *archaic* : a foster brother

**foster home** *n* : a household in which an orphaned, neglected, or delinquent child or a person mentally ill is placed for care usu. with the approval of the government or of a social-service agency

**fostering** *n* -s [ME *fostringe, fostring*, fr. *fostren* to foster + *-inge*, *-ing* -ing] 1 : the act of one that fosters 2 : FOSTERAGE 2

**fosterland** \ˈ==,=\ *n* [ME *fōstorland*, fr. *fōstor* food, feeding + *land* — more at ¹FOSTER, LAND] : land allotted under old English law for the maintenance esp. of monks

**fos·ter·ling** \ˈfōstə(r)liŋ, ˈfäs-\ *n* -s [ME, fr. OE *fōstorling*, fr. *fōstor* + *-ling*] : a foster child

**¹foster–mother** \ˈ==,==\ *n* [*foster mother* (noun phrase) woman that feeds or brings up another's child, fr. ME *foster moder, fostermoder*, fr. OE *fōstormōdor*; akin to ON *fōstrmōthir* woman that feeds or brings up another's child; both fr. a prehistoric NGmc-WGmc compound whose first and second constituents respectively are represented by OE *fōstor* food, feeding and by OE *mōdor* mother — more at ¹FOSTER, MOTHER] *Brit* : a device intended to foster young animals: as a : a completely enclosed movable heated house and attached run for starting young chicks without a hen b : a many-nippled nursing bottle for feeding litters of puppies or pigs

**²foster–mother** \"\ *vt* [*foster mother* (noun phrase) woman

**²fother** \"\ *dial var of* FODDER

**³fother** \"\ *vt* -ED/-ING/-S [prob. modif. of LG *fodern* to line, fr. MLG *vōderen*, fr. *vōder* lining; akin to Goth *fodr* sheath — more at FUR] : to cover (a sail or piece of canvas) esp. with oakum or rope yarn for use in temporarily stopping a leak in the hull of a ship

**foth·er·gil·la** \,fäthə(r)ˈgilə\ *n* [NL, fr. John *Fothergill* †1780 Brit. physician and botanist] 1 *cap* : a small genus (family Hamamelidaceae) of deciduous shrubs of the southeastern U.S. that have alternate coarsely toothed leaves with petioles and stipules and bear white apetalous flowers in terminal heads or spikes 2 -s : any plant of the genus *Fothergilla* — called also *witch alder*

**fo·tui** \ˈfüd·ē, fōˈtüē\ *n* -s [native name in British Guiana] : a tropical So. American timber tree (*Jacaranda copaia*) yielding a moderately light soft whitish wood

**¹fou** \ˈfü\ *adj* [ME (Sc) *fow* full, fr. ME *ful, full* — more at FULL] *Scot* : DRUNK

**²fou** \"\ *n* -s [Sc *fou*, adj., full, fr. ME (Sc) *fow*] *Scot* : BUSHEL

**fou·cault current** \(ˈ)füˈkō-\ *n, usu cap F* [after Jean B.L.*Foucault* †1868 Fr. physicist] : EDDY CURRENT

**foucault pendulum** *n, usu cap F* [after J.B.L. *Foucault*] : a freely swinging pendulum that consists of a heavy mass suspended by a long line, that oscillates for long periods in the original plane of motion, and that is used to demonstrate the rotation of the earth

**foud** *or* **fowd** \ˈfaüd\ *n* -s [ME (Sc) *fowde*, fr. ON *fōguti* bailiff, fr. MLG *voget*, fr. ML *vocatus* legal representative, fr. L *advocatus* advocate — more at ADVOCATE] : a magistrate, sheriff, or bailiff in the Orkney, Shetland, and Faroe islands

**fou·droy·ant** \(ˈ)füˈdrȯi(y)ənt\ *adj* [F, pres. part. of *foudroyer* to strike (as lightning), blast, thunder, fr. OF *foudroier* to strike (as lightning), fr. *foudre* lightning, fr. L *fulgur*; akin to L *flagrare* to burn — more at BLACK] 1 : THUNDERING, DAZZLING 2 *med* : FULMINATING, FULMINANT

**fouet·té** \(ˈ)fweˈtā\ *n* -s [F, fr. past part. of *fouetter* to whip, fr. MF, fr. *fouet* whip, fr. OF, fr. *fou* beech (fr. L *fagus*) + *-et* — more at BEECH] : a quick whipping movement of the raised leg in ballet dancing often accompanied by continuous turning on the supporting leg

**fou·gade** \(ˈ)füˈgäd\ *n* -s [F, modif. of It *fogata* chase, pursuit, light surface mine, fr. fem. of *fogato*, past part. of *fogare* to put to flight, fr. L *fugare*, fr. *fuga* flight; akin to L *fugere* to flee — more at FUGITIVE] : FOUGASSE

**fou·gasse** \-gas,-gäs\ *n* -s [F, alter. of *fougade*] : a land mine in which the charge is overlaid by stones or other missiles so placed as to be hurled in the desired direction

**fought** *past of* FIGHT

**¹fought·en** \ˈfōtᵊn\ *now dial past part of* FIGHT

**²fought·en** \ˈfȯktən\ *adj, chiefly Scot* : worn out : exhausted esp. from fighting

**foughten field** *n, archaic* : BATTLEGROUND

**fough·ty** \ˈfōti\ *adj* [origin unknown] *dial Eng* : MUSTY, MOLDY

**foujdar** *var of* FAUJDAR

**¹foul** \ˈfaül, *esp before pause or consonant* -aüəl\ *adj*, *usu* -ER/-EST [ME, fr. OE *fūl*; akin to OHG *fūl* rotten, ON *fūll* foul, Goth *fūls* stinking, L *pus* pus, *putēre* to stink, Gk *pyon* pus, *pythein* to cause to rot, Skt *pūyati* it stinks] 1 a : offensive to the senses : LOATHSOME ⟨in their ~ homes of dirt and rag —Bernard Gutteridge⟩ b : charged with offensive matter : ROTTEN, PUTRID ⟨the contents of the bowl are ~ and stinking —J.G.Frazer⟩ 2 : full of dirt or mud : MUDDY 3 a : morally or spiritually odious : WICKED ⟨how ~ are all impulses of prejudice —J.H.Holmes⟩ b : notably unpleasant or distressing ⟨if my day has been ~, I can turn on my . . . radio and everything's mellow —Adrian Dove⟩ 4 a : OBSCENE, PROFANE ⟨much of this most tedious and lengthy book is ~, lewd, and revolting —Hartley Shawcross⟩ b : ABUSIVE ⟨it was hard for me to take all the ~ names he called me —H.A. Chippendale⟩ c *dial Eng* : bad-tempered : UNFRIENDLY 5 a : wet and stormy : DISAGREEABLE ⟨~ weather⟩ ⟨a ~ sky⟩ b : obstructive to navigation : UNFAVORABLE, DANGEROUS ⟨we had a ~ tide —Peter Heaton⟩ ⟨always presume your course to be ~ unless you know it to be clear —H.A.Calahan⟩ 6 a *now dial Brit* : not attractive : HOMELY, UGLY ⟨I don't look too ~ do I —A.J.Cronin⟩ b *of a feather or plumage* : of any color not accepted as standard for birds of a particular variety or breed 7 a : grossly unfair : TREACHEROUS, DISHONORABLE ⟨competition was stifled by fair means or ~ —Grace L. Nute⟩ b : characterized by harshness, roughness, or violence ⟨war is a ~ game —R.W.Emerson⟩ c : constituting an infringement of rules in a game or sport ⟨a ~ hand in poker⟩ ⟨a ~ blow in boxing⟩ 8 a : marked up : defaced by changes ⟨a ~ galley proof⟩ ⟨a ~ manuscript⟩ b *of a proof in printing* : pulled before the latest alterations were made in type 9 a : encrusted, clogged, or choked with a foreign substance ⟨a ~ ship bottom⟩ ⟨a ~ chimney⟩ ⟨on ~ land weeds may get the better of clover —E.V.Wilcox⟩ b : littered esp. with matter that should have been put away ⟨a ~ stone in printing⟩ 10 a : odorous and impure : POLLUTED ⟨~ air⟩ ⟨~ water⟩ b *archaic* : DISCOLORED ⟨we make ~ the clearness of our deservings —Shak.⟩ 11 : hindered from freedom of motion by collision or entanglement : ENTANGLED ⟨a ~ fishline⟩ 12 : eating coarse food or carrion — used esp. in the phrase *foul feeder* 13 *of a typecase* : containing many missorted characters 14 : outside the foul lines in baseball — compare FOUL BALL, FOUL LINE **syn** see DIRTY

**²foul** \"\ *n* -s [ME, fr. OE *fūl*, fr. *fūl*, adj. — more at ¹FOUL] 1 *archaic* : something that is foul ⟨~ befall the man who ever lays a snare in its way —Laurence Sterne⟩ 2 : FOOT ROT 2 3 : an entanglement or collision esp. in angling or sailing 4 a : an infringement of the rules in a game or sport (as in basketball) for which a penalty is levied against the offending person or team [— see PERSONAL FOUL, TECHNICAL FOUL, VIOLATION b : FREE THROW 5 : FOUL BALL

**³foul** \"\ *adv* [ME *foule*, fr. OE *fūle*, fr. *fūl*, adj.] : FOULLY

**⁴foul** \"\ *vb* -ED/-ING/-S [ME *foulen*, fr. OE *fūlian*, fr. *fūl*, adj.] *vi* 1 : to become or be foul: as a : to become odorous : DECOMPOSE, ROT ⟨it is this organic refuse which alone is ~*ing* —Emily Holt⟩ b : to become encrusted, clogged, or choked with a foreign substance ⟨a gun ~*s*⟩ c : to become entangled or come into collision ⟨this may cause . . . the suspension lines of the parachute to ~ —H.G.Armstrong⟩ 2 : to commit a foul in a sport or game 3 : to make an out in baseball by hitting a foul ball that is caught by a member of the opposing team ⟨the batter ~*ed* to the first baseman⟩ ~ *vt* 1 : to make foul: as a : to make dirty : SOIL, POLLUTE ⟨air was ~*ed* and darkened by factory soot —J.D.Hart⟩ b : to become entangled or come into collision with ⟨a raveled rope ~*ed* a pulley —L.C.Douglas⟩ ⟨the propeller ~*ed* a treetop —T.E.McKitterick⟩ c : to encrust with a foreign substance ⟨when a ship's bottom is ~*ed* from sea grass and barnacles it often takes 10 percent more fuel to keep her going at normal speed —*Nat'l Geographic*⟩ d : OBSTRUCT, BLOCK ⟨the carrier's flight deck was ~*ed* by a crashed plane⟩ e *of a bird* : to mark with areas of plumage of a color not accepted as standard 2 : to bring into disgrace : DISHONOR, DISCREDIT ⟨it is senseless to ~ our municipal personnel with unproved charges —Robert Moses⟩ 3 : to commit a foul against (as in basketball) 4 : to hit (a baseball) foul ⟨he ~*ed* the first pitch⟩

**foul anchor** *or* **fouled anchor** *n* 1 a : an anchor whose cable has become twisted around the stock or fluke b : an anchor that has hooked or become entangled with another anchor 2 : a conventionalized anchor with a section of cable entwined about its shank or hanging from its ring used on nautical insignia, seals, or pennants



foul anchor 2

without fouling another ship or in which it becomes grounded at low tide

**foul bill** *n* : FOUL BILL OF HEALTH

**foul bill of health** : a certificate given to a ship's master at th[e] time of leaving port indicating that there was an epidemic [at] the place of departure when the ship left — compare CLEA[N] BILL OF HEALTH

**foul bill of lading** : a bill of lading with notations as t[o] shortages or condition of goods that limits the rights of th[e] holder — compare CLEAN BILL OF LADING

**foulbrood** \ˈ=,=\ *n* : any of three destructive bacterial disease[s] of the larvae of the honeybee: a : AMERICAN FOULBROO[D] b : EUROPEAN FOULBROOD c : PARAFOULBROOD

**fouldcourse** *var of* FOLDCOURSE

**foulder** *vi* -ED/-ING/-S [obs. *foulder*, n., lightning, fr. M[F] *fouldre, foudre*, fr. MF — more at FOUDROYANT] *obs* : FLAS[H] ⟨loud thunder . . . did rend the rattling skies with flames c[...] ~*ing* heat —Edmund Spenser⟩

**fou·lé** \(ˈ)füˈlā\ *n* -s [F *foulé*, past part. of *fouler* to full — more at FULL] : a cloth treated by fulling

**fouled–up** \ˈ=ˈ=\ *adj* [*fouled* fr. past part. of ⁴*foul*] : characte[r]ized by total confusion or disorganization : CONFUSED, SNAF[U] ⟨a fantastically *fouled-up* operation —H.H.Martin⟩ ⟨an im[...] possibly *fouled-up* bungle —Cameron Hawley⟩

**¹fouler** *comparative of* FOUL

**²foul·er** \ˈfaülə(r)\ *n* -s [⁴*foul* + *-er*] 1 : one that foul[s] 2 : FOULING SHOT

**foulest** *superlative of* FOUL

**foul–foot** \ˈ=,=\ *n* : FOOT ROT 2

**foul hawse** *n* : an arrangement of starboard and port ancho[r] cables in which the cables cross or twist with the swingin[g] around of the ship — compare OPEN HAWSE

**foul–hook** \ˈ=ˈ=\ *vt* : to hook (a fish) elsewhere than in th[e] mouth

**fouling** *n* -s [fr. gerund of ⁴*foul*] 1 : an accumulation [of] deposits : INCRUSTATION ⟨~ in sewage pipes⟩ ⟨marine ~[⟩] 2 : a deposit left in the bore of a gun after firing that consist[s] of the powder residue and in small arms of a thin plating o[f] the bullet metal

**fouling organism** *n* : any of various aquatic organisms wit[h] free-swimming larvae and sedentary adult stages that caus[e] fouling of ships and underwater structures

**fouling point** *n* 1 : the point at a railroad switch or turnou[t] beyond which cars must be placed to prevent their being struc[k] by cars running on the line from which the switch diverge[s] 2 : the point at a turnout back of the frog in signaled trac[k] where insulated joints are placed

**fouling shot** *n* : one of several rounds fired before a rifl[e] match to warm the barrel and to furnish some fouling in orde[r] that the initial rounds of record fire pass through the bor[e] under conditions similar to those obtaining for later round[s]

**foul line** *n* 1 : either of two straight lines extending fro[m] the rear corner of home plate through the outer corners o[f] first and third base respectively and prolonged to the boundar[y] of a baseball field — see BASEBALL illustration 2 : a lin[e] across a bowling alley 60 feet from the center of the numbe[r] 1 pin spot across which a player must not step when deliverin[g] the ball

**foul·ly** \ˈfaül(l)ē, -)i\ *adv* [ME, fr. OE *fūllīce, fūllīce*, fr. *fūllic, fūllīc*, adj., foul, fr. *fūl* foul + *-lic, -līc* -ly (adj. suffix)] : in a foul manner: as a : in an obscene manner : LEWDL[Y] b : in a shameful manner : WICKEDLY ⟨last June two constable[s] were ~ murdered —Robert Sherrod⟩ c *archaic* : FETIDL[Y] d *archaic* : GRIEVOUSLY e : in a coarse manner : INSULTINGL[Y] ⟨an internationally honored teacher, scholar, and philosophe[r] was ~ condemned —M.R.Cohen⟩ f *archaic* : in an ugl[y] manner : HIDEOUSLY

**foulmouthed** \ˈ=ˈ=\ *adj* : given to the use of obscene, pro[fane], or abusive language ⟨so he went off cursing like th[e] ~ blackguard that he was —A. Conan Doyle⟩ ⟨nowhere i[s] cant at once so ~ and so tight-laced as in the penny, threepenny, or sixpenny press —Herbert Read⟩

**foul·ness** *n* -ES [ME *foulnesse*, fr. OE *fūlnes*, fr. *fūl* foul + *-ne[s]* -ness] 1 : the quality or state of being foul: as a *obs* : physi[cal] repulsiveness ⟨the fury . . . with new methods tried the ~ of the infernal form to hide —John Dryden⟩ b : a deposit o[f] foul matter : FILTH ⟨the floors were made of serpents encase[d] in ~ —R.B.Anderson⟩ c : moral impurity, obscenity, o[r] vulgarity ⟨the cheapness of his person and the ~ of his tongu[e] —Hamilton Basso⟩ d : UNCLEANNESS, POLLUTION ⟨a medicin[e] . . . useful in . . . ~*es* of the blood —George Berkeley⟩ e : an unfavorable state (as of weather) 2 : FIREDAMP

**foul out** *vi* 1 : FOUL *vi* 3 2 : to be put out of a basketball gam[e] for exceeding the number of fouls permitted

**foul play** *n* : unfair, dishonest, or treacherous conduct o[r] dealing; *specif* : VIOLENCE ⟨met with *foul play*⟩ ⟨a victim o[f] *foul play*⟩ — compare FAIR PLAY

**fouls** *pl of* FOUL, *pres 3d sing of* FOUL

**foul shot** *n* : FREE THROW

**foul·some** \ˈfü(l)səm\ *adj* [ME *foulsom*, alter. (influenced b[y] ¹*foul*) of *fulsom* fulsome] *chiefly Scot* : DISGUSTING, FULSOM[E]

**foul–spoken** \ˈ=ˈ==\ *adj* : FOULMOUTHED

**foul strike** *n* : a foul that counts as a strike in baseball

**foul tip** *n* : a pitched ball in baseball that is slightly deflected b[y] the bat; *specif* : a tipped pitch legally caught by the catche[r] and counting as a full strike with the ball remaining in pla[y]

**foul up** *vt* 1 : to make dirty : CONTAMINATE ⟨the ranchers use[d] water out of open creek holes that was sometimes alkali an[d] *fouled up* by stock —Bruce Siberts⟩ 2 : to spoil by makin[g] mistakes or using poor judgment : CONFUSE ⟨no army woul[d] risk *fouling up* a major landing —Linnell Jones⟩ 3 : to have a depressing effect on : DARKEN : LOWER ⟨a sad sack like tha[t] one only *fouls up* the spirit of the ward —*Atlantic*⟩ 4 : ENTANGLE, CHOKE, BLOCK ⟨in two or three years the iv[y] should have been *fouling up* the television aerial —R.M. Yoder⟩ ⟨a big car trying to get into a small parking space *fouled up* traffic —Bill Hatch⟩ ~ *vi* : to become confused : get into difficulty : BUNGLE ⟨he couldn't shake the feelin[g] that it was his fault. He had *fouled up* —Pat Frank⟩

**foul–up** \ˈ=,=\ *n* -s [*foul up*] 1 : a state of confusion brought on by ineptitude or mismanagement : MIX-UP ⟨as with all transportation there are occasional *foul-ups* which gratify nobody —Richard Thruelsen⟩ 2 : a mechanical difficulty ⟨the added complication of a *foul-up* in the steering mechanism in he[r] motor pilot boat —*Springfield (Mass.) Union*⟩

**fou·mart** *also* **foul·mart** \ˈfümərt, -,märt\ *n* -s [ME *fulmard, fulmarde, folmarde, folmert*, prob. fr. ¹*foul* + (assumed) ME *marth* marten, fr. OE *mearth* — more at MARTEN] 1 : the European polecat 2 : a contemptible person — used as a generalized term of abuse

**¹found** *past of* FIND

**²found** \ˈfaünd\ *n* -s : free food and lodging in addition to wages ⟨they're paid $175 a month and ~ —*New Yorker*⟩

**³found** \"\ *vb* -ED/-ING/-S [ME *founden*, fr. OF *fonder*, fr. L *fundare*, fr. *fundus* bottom — more at BOTTOM] *vt* 1 : to take the first steps or measures in building : build for the first time ⟨~*ed* palaces and planted bowers —Matthew Prior⟩ 2 : to lay the base or foundation of : set on something solid for support ⟨the winds blew and beat upon that house but it did not fall because it had been ~*ed* on the rock —Mt 7:25 (RSV)⟩ 3 : to establish (as an institution) often with provision for future maintenance : ORIGINATE, INITIATE ⟨this school was ~*ed* by a bequest of . . . $1,250,000 —C.W.Dabney⟩ ⟨he had ~*ed* prizes and scholarships and endowed hospital beds and charities —Osbert Lancaster⟩ 4 a : to establish on a firm basis : fix firmly ⟨the single vital principle on which the true republic must ~ itself . . . is the principle of goodwill —V.L. Parrington⟩ ⟨all his imaginative work is ~*ed* on personal reminiscences of actual incidents and people —R.W.Stallman⟩ b : to serve as a basis for ⟨is enough to ~ my notion of their

having . . . the relation of brothers —John Locke〉 ~ *vi* : to have a foundation : DEPEND — used with *on* or *upon* 〈all delineation . . . must either ~ on belief and provable fact or have no foundation at all —Thomas Carlyle〉
**syn** ESTABLISH, INSTITUTE, ORGANIZE: FOUND applies to the first steps, usu. the devising of the project or providing funds for it, taken to set up a business, colony, institution, city, or the like 〈a lottery by which $40,000 was raised to *found* the College of Medicine —*Amer. Guide Series: Md.*〉 〈the Conservatory of Music, *founded* by two distinguished dancers from Latvia —*Report: (Canadian) Royal Commission on Nat'l Development*〉 〈*founding* a race, a whole descent, a whole line . . . which had gone on unbroken since before the time of William the Conqueror —Louis Bromfield〉 〈the baronet looked down on the generous future he thus *founded* —George Meredith〉 ESTABLISH usu. adds to FOUND the idea of bringing into enduring existence 〈the power which in 1644 *established* itself as the Ch'ing dynasty in Peking —C.A.Fisher〉 〈follows a route to California *established* by James Beckwourth —*Amer. Guide Series: Nev.*〉 〈to *establish* a business〉 INSTITUTE stresses an origination, a taking of the first steps in establishing something, but applies more widely than FOUND or ESTABLISH, for it comprises things that do and things that do not have a long life, as, respectively, a method of teaching and a course of lectures 〈the office of prime minister was formally *instituted* in the Gold Coast —*Americana Annual*〉 〈*institute* the first large-scale reforestation project in the U.S. —*Amer. Guide Series: N.C.*〉 〈the act provided that no appeal could be *instituted* at a time later than twenty-eight days after the date upon which the magistrate made his decision or order〉 ORGANIZE can imply founding but stresses the steps taken to establish also a proper functioning of something, as by the establishing of a separation and interrelationship of necessary operations or responsibilities 〈he determined to take upon his own shoulders the responsibility of *organizing* some amusements —Thomas Hardy〉 〈a small class of 15 children was *organized* —*Amer. Guide Series: Minn.*〉 〈he *organized* the Harmonia Society and presented Haydn's *The Seasons* —*Amer. Guide Series: N.Y.*〉 〈the development of trade had been well begun before the town itself was *organized* —*Amer. Guide Series: La.*〉 **syn** see in addition BASE

**⁴found** \ˈfün(d)\ *n* -S *Scot* : BASE, FOUNDATION

**⁵found** \ˈfau̇nd\ *vt* -ED/-ING/-S [ME *founden* to mix, fr. MF *fondre* to mix, pour, melt, fr. L *fundere* to found, pour; akin to OE *gēotan* to pour, OHG *giozzan* to pour, ON *gjōta* to bring forth (young), Goth *giutan* to pour, Gk *chein* to pour, Skt *juhoti* he pours into the fire, sacrifices] **1 a** : to melt (metal) and pour into a mold **b** : to make (a metal object) in this way : CAST **2 a** : to cause (ingredients for making glass) to melt or fuse **b** : to make (glass) by this method

**⁶found** \ˈ"\ *n* -S *archaic* : an act or process of founding : CASTING

**¹foun·da·tion** \fau̇nˈdāshən\ *n* -S [ME *foundacioun*, fr. MF *fondation*, fr. L *fundation-*, *fundatio*, fr. *fundatus* (past part. of *fundare* to found) + *-ion-*, *-io* -ion] **1** : the act of founding: as **a** : the act of taking the first steps in building or of building for the first time 〈thy love for me before the ~ of the world —Jn 17:24 (RSV)〉 **b** : the act of establishing on a permanent basis typically with provision for future maintenance 〈his piety was evidenced by his ~ of several religious houses〉 **2 a** : the basis on which something is founded : the basis upon which something stands or is supported 〈is very little ~ for this objection either in reason or good taste —William Hazlitt〉 **b** *archaic* : a basis of agreement : UNDERSTANDING 〈the English might again repair to their respective houses and trade on the old ~ —Alexander Hamilton〉 **3 a** : funds given for the permanent support of an institution or cause : ENDOWMENT 〈we are anxious to establish scholarships and endowments; hence we solicit such ~s from our friends —*Bull. of Mt. Saint Mary's College*〉 **b** : an organization or institution established by endowment 〈the citizen taxpayer has succeeded the philanthropic ~ as the principal underwriter of the costs of science —*Scientific American Reader*〉 or otherwise established with provision for future maintenance 〈the Benedictine order is a religious ~ dating from the sixth century〉 **4 a** : an underlying natural or prepared base or support 〈the terrain . . . has a gracefully undulating surface over a limestone ~ —J.T.Dorris〉 〈~ for the boilers and engines of a ship〉 **b** : a means of transferring building loads to the soil below: (1) : the supporting part of a wall or structure usu. below ground level and including footings (2) : the whole masonry substructure of a building **5** : a body or ground upon which something is built up or overlaid: as **a** : a stiffening or backing piece in an article of clothing **b** : a basic stitch or pattern **c** : the form on or over which a manufactured article is constructed 〈allow woven rush baskets to dry thoroughly before you remove them from the ~ as in this way the shape becomes properly set —F.J.Christopher〉 **d** *or* **foundation garment** : a woman's supporting undergarment : CORSET, CORSLET, GIRDLE **e** : a cosmetic in liquid, cream, or cake form usu. used as a base for makeup **f** : a priming coat of pigment sometimes laid over canvas as a ground for oil painting **g** : a thin sheet of pressed beeswax imitating the bottoms of natural honeycomb cells that is placed in a frame or section to shorten the time for and increase uniformity in comb building by hived bees **h** : a card of a prescribed rank placed face up as the starter for a sequence in solitaire — **on the foundation** *Brit* : belonging to an endowed institution or holding an endowed scholarship or other emolument



foundation 5d

**²foundation** \ˈ"\ *vt* -ED/-ING/-S : ³FOUND

**foun·da·tion·al** \(ˈ)fau̇nˈdāshənᵊl, -shnəl\ *adj* : forming or serving as a foundation : FUNDAMENTAL — **foun·da·tion·al·ly** \-ᵊlē, -əl, |i\ *adv*

**foun·da·tion·ary** \fau̇nˈdāshə,nerē, -ri\ *adj* : of or relating to a foundation

**foundation bed** *n* : the soil immediately beneath the foundation of a building : bearing soil

**foundation day** *n, usu cap F&D* : AUSTRALIA DAY — used esp. in Victoria

**foun·da·tion·er** \fau̇nˈdāsh(ə)nə(r)\ *n* -S *Brit* : one who derives support from the funds or foundation of a college or school

**foun·da·tion·less** \-shənləs\ *adj* : lacking foundation : BASELESS

**foundation mat** *n* : FLOATING FOUNDATION

**foundation member** *n, Brit* : CHARTER MEMBER

**foundation planting** *n* : a group of plants used in landscape design to blend a building with its setting and obscure any undesirable features of the foundation

**foundation seed** *n* : pure seed stocks grown by or under the supervision of a public agency for use in the production of registered and certified seed

**foundation stock** *n* : stock directly ancestral to a herd, strain, or breed 〈although fourteen . . . animals made up the *foundation stock* only six of these have actually made a permanent contribution to the line —David England〉

**foundation stone** *n* **1** : a stone in the foundation of a building; *specif* : such a stone laid with public ceremony in celebration of the beginning of erection — compare CORNERSTONE **2** : BASIS, GROUNDWORK 〈absolute fear of magic powers . . . was the *foundation stone* of all . . . ceremonies of oath taking —L.S.B.Leakey〉

**foundation stop** *n* **1** : a stop in a pipe organ whose pipes are in unison with or one or more octaves higher or lower

**²foun·der** \ˈ"\ *vb* **foundered; foundered; foundering** \-d(ə)riŋ\ **founders** [ME *foundren* to strike down, knock to the ground, fall to the ground, fr. MF *fondrer* to send to the bottom, fall to the ground, fr. (assumed) VL *fundorare*, fr. (assumed) VL *fundor-*, *fundus* bottom, alter. of L *fundus* — more at BOTTOM] *vi* **1** : to become disabled: as **a** : to break down or go lame 〈his horse ~ed while he was still five miles from home〉 **b** : to become stuck 〈the sheep ~ed in the deep snow〉 **c** : to become stiff or sick from overeating 〈the old horse ~ed on green corn〉 **2 a** : to give way : COLLAPSE 〈the palatial hotel . . . swayed and plunged then ~ed, turning its desk register into a death toll —*Time*〉 **b** : to sink or slip sideways 〈large masses of the Grenville ~ed and were engulfed in the granite magma —C.O.Dunbar〉 **3** : to sink below the surface of the water 〈a squall came up the next day and imminent was the danger that the boat would ~ —B.N. Cardozo〉 **4 a** : to come to grief : FAIL 〈their efforts either ~ed in the committees of the state legislature or were voted down at the polls —Dwight Macdonald〉 **b** : to break down because of an immaterial obstacle 〈the idea of the five-power conference . . . had ~ed up to now on the point whether it should be held before or after implementation of the . . . declaration —Arnaldo Cortesi〉 ~ *vt* **1 a** : WRECK, DAMAGE 〈how often have we ~ed progress to save some sterile principle —Richard Christopherson〉 **b** : to cause to become disabled or lame; *esp* : to cause (an animal) to founder by overfeeding **2** : to send (a ship) to the bottom : SINK

**³foun·der** \ˈ"\ *n* -S **1** : laminitis esp. when of digestive origin **2** : CHEST FOUNDER

**⁴found·er** \ˈ"\ *n* -S [ME *foundour*, *founder*, fr. MF *fondeur*, fr. OF *fondeor*, fr. *fondre* to pour, melt + *-eor* -or — more at FOUND] **1** : one who founds metal or glass; *specif* : TYPEFOUNDER **2** : the foreman who immediately directs the operation of an iron blast furnace

**foun·der·ous** *or* **foun·drous** \ˈfau̇nd(ə)rəs\ *adj* : likely to cause one to founder : MIRY, SWAMPY 〈if a way becomes ~ the public may have a right to deviate —F.D.Smith & Barbara Wilcox〉

**founders' shares** *n pl* [¹*founder*] *chiefly Brit* : stock issued to the organizers of a public company or corporation and carrying certain special privileges — compare MANAGEMENT SHARES

**founders' type** *n* [⁴*founder*] : FOUNDRY TYPE

**founding** *n* -S [fr. gerund of ⁵*found*] : the art of melting and casting

**founding father** *n* [*founding* fr. pres. part. of ³*found*] : the originator of an institution or movement : FOUNDER; *specif, usu cap both Fs* : a member of the American Constitutional Convention of 1787 〈Benjamin Franklin, the oldest and perhaps the wisest of our *Founding Fathers* —J.F.Hopkins〉

**found·ling** \ˈfau̇ndliŋ, -lēŋ\ *n* -S [ME *foundling*, *foundeling*, fr. *founde*, *founden* found (past part. of *finden* to find) + *-ling* — more at FIND] : an unclaimed infant : a baby deserted by unknown parents

**foundling hospital** *n* : an institution for foundlings

**found·ress** \-drəs\ *n* -ES [ME *founderesse*, fr. *foundere* founder + *-esse* -ess] : a female founder

**found·ry** \ˈfau̇ndrē, -ri\ *n* -ES *often attrib* [F *fonderie*, fr. MF, fr. *fondre* to pour, melt + *-erie* -ery] **1 a** : the act, process, or art of casting metals **b** : articles produced by founders : CASTINGS **2** : a building or establishment where metal or glass founding is carried on **3 a** : a place where stereotyping or electrotyping is done **b** : TYPEFOUNDRY **c** : a department in a printing works for the melting down of composing-machine type or slugs

**foundry facing** *n* : a usu. carbonaceous material applied to the surface of a sand mold to prevent the molten metal from penetrating and reacting with the sand of the mold

**foundry iron** *or* **foundry pig** *n* : pig iron suitable for making castings

**found·ry·man** \-mən\ *n, pl* **foundrymen** : a foundry worker

**foundry proof** *n* : a proof taken from a form that has been locked up and made ready for plating

**foundry scrap** *n* : IRON SCRAP 2

**foundry type** *n* : type cast by a typefounder esp. as distinguished from type cast by a typesetting machine

**founds** *pl of* FOUND, *pres 3d sing of* FOUND

**¹fount** \ˈfau̇nt\ *n* -S [ME, baptismal font, source, fr. OF *font*, fr. L *font-*, *fons* fountain, spring; prob. akin to Skt *dhanvati* it flows] **1** : a fountain or spring **b** : a reservoir for liquids: as (1) : the oil reservoir of a lamp (2) : INKWELL (3) : a drinking vessel for poultry; *esp* : one maintaining a constant water level by gravity feed **2** : something that resembles a spring or reservoir : SOURCE 〈the people were sovereign, the sole ~ of power —John Buchan〉

**²fount** \ˈfänt, ˈfau̇nt\ *n* -S [F *fonte*, fr. MF, act or process of casting or founding — more at FONT] *Brit* : a font of type

**¹foun·tain** \ˈfau̇ntᵊn, -tən\ *n* -S *often attrib* [ME *fountaine*, fr. MF *fontaine*, fr. LL *fontana*, fr. L, fem. of *fontanus* of a spring, fr. *font-*, *fons* spring + *-anus* -an] **1 a** (1) : a spring of water issuing from the earth 〈the greatest objection to this country is the want of ~s and running streams —H.M.Brackenridge〉 (2) : the point of origin or head of a stream 〈making rivers to ascend to their ~s —John Ray〉 **b** : something that resembles a flowing spring 〈with purple ~s issuing from your veins —Shak.〉 **2** : the source from which something proceeds or from which it is supplied 〈he is the ~ of honor and all titles spring from his power of conferment —W.A.Robson〉 **3 a** : an artificially produced jet of water **b** : the structure from which such a jet of water rises or flows **c** : DRINKING FOUNTAIN **d** : an upward jet or downward shower of something other than water 〈spectacular ~s of lava —Howel Williams〉 **e** : a pyrotechnic device that emits a shower of sparks in imitation of water falling from a fountain **4** *heraldry* : a roundel barry-wavy of six argent and azure **5** : a reservoir containing a liquid or other substance that can be conducted or drawn off as needed for use 〈the ink ~ in a printing press〉 **6** : SODA FOUNTAIN



fountain 4

**²fountain** \ˈ"\ *vb* -ED/-ING/-S *vi* : to flow or spout like a fountain ~ *vt* : to cause to flow like a fountain

**fountain brush** *n* [*fountain* (*pen*)] : a marking or painting brush with a reservoir in its handle for ink or paint

**foun·tained** \-ᵊnd,-ənd\ *adj* [¹*fountain* + *-ed*] : having a fountain

**foun·tain·eer** \ˌfau̇ntᵊnˈi(ə)r, -tᵊnˈi-\ *n* -S [F *fontenier*, fr. MF, fr. *fontaine* fountain + *-ier* -eer] **1** *obs* : one in charge of a fountain **2** [¹*fountain* + *-eer*] : SODA JERK

**fountain grass** *n* : an ornamental grass (*Pennisetum ruppelii*) with long nodding or curving spikes of flowers that have prominent bristles extending beyond the spikelets

**fountainhead** \ˈ==,=\ *n* **1** : a fountain or spring that is the head or source of a stream **2** : a place of origin or issue : principal source 〈theory serves as a ~ of inspiration to action —John Dewey〉

**foun·tain·less** \ˈ==ləs\ *adj* : being without sources of water 〈barren desert ~ and dry —John Milton〉

**fountain moss** *n* **1** : a moss of the genus *Fontinalis* (esp. *F. antipyretica*) **2** : a highly variable No. American moss (*Philonotis fontana*) that grows about springs and seeps and often forms dense thick mats

**fountain of honor** *or* **fountain of justice** *often cap F&H&J* : the British crown conceived as the source of all justice, honors, dignities, titles, peerages, and privileges 〈arms and honors have always proceeded from the sovereign as the *fountain of honor* —L.G.Pine〉

**foun·tain·ous** \ˈfau̇nt(ᵊ)nəs, -tən-\ *adj* **1** : of, relating to, or having the characteristics of a fountain **2** : full of or con-

**fountain tree** *n* [so called fr. the water obtained fr. its leaves] **1** : WATER VINE 1 **2** : DEODAR

**fount·ful** \ˈfau̇ntfəl\ *adj, archaic* : full of springs or fountains

**fou·quie·ria** \füˈkirēə, ˌfükēˈir-, ˌfükēˈer-\ *n, cap* [NL, fr. Pierre Eloi *Fouquier* †1850 Fr. physician + NL *-ia*] : a small genus of scarlet-flowered shrubs or low trees (family Fouquieriaceae) with brittle wood and spiny stems that are leafless for most of the season — see OCOTILLO

**fou·quie·ri·a·ce·ae** \(ˌ)füˌkirēˈāsēˌē, ˌfükēˌir-, ˌfükēˌer-\ *n pl, cap* [NL, fr. *Fouquieria*, type genus + *-aceae*] : a small family of spiny shrubs or trees (order Parietales) of southwestern No. America

**¹four** \ˈfō(ə)r, -ō(ə), -ȯə, -ȯ(ə)\ *adj* [ME *four*, *foure*, fr. OE *fēower*; akin to OHG *fior* four, ON *fjōrir*, Goth *fidwor*, L *quattuor*, Gk *tettares*, *tessares*, Skt *catur*] : being one more than three in number 〈~ years〉 — see NUMBER table

**²four** \ˈ"\ *pron, pl in constr* [ME *four*, *foure*, fr. OE *fēower*, fr. *fēower*, adj.] : four countable persons or things not specified but under consideration and being enumerated 〈~ are here〉 〈~ were found〉

**³four** \ˈ"\ *n* -S [ME *four*, *foure*, fr. *four*, *foure*, adj. & pron.] **1** : twice two : two times two : two twos : the square of two **2 a** : four units or objects 〈a total of ~〉 **b** : a group or set of four 〈arranged by ~s〉 **3 a** : the numerable quantity symbolized by the arabic numeral 4 **b** : the figure 4 **4** : four o'clock — compare BELL table, TIME illustration **5** : the fourth in a set or series: as **a** : a playing card marked to show that it is fourth in a suit **b** : a domino with four spots on one of its halves **c** : a die with four spots on the side uppermost **d** : an article of clothing of the fourth size 〈wears a ~〉 **6** : something having as an essential feature four units or members: as **a** *cricket* (1) : a hit that counts four runs (2) : a hit from which four runs are scored **b** (1) : a 4-oared racing boat (2) : the crew of such a boat (3) **fours** *pl* : races for 4-oared boats **c** : four cards of a kind (as in poker) — usu. used in pl. **d fours** *pl* : QUARTO 〈a book printed in ~s〉 **e** : a 4-cylinder engine or automobile **f** : a set of four players or contestants (as a table at bridge) **7 fours** *pl* : the four feet or the hands and feet or knees — see *on all fours* at ALL FOURS

**four ale** *n* [so called fr. its being orig. sold at fourpence a quart] *Brit* : a cheap mild ale

**four back** *n* : a bowling game in which only the four back pins are spotted

**four-bag·ger** \ˈ=ˌbagə(r), -aag-, -aig-\ *n* [¹*four* + *bag* + *-er*] : HOME RUN

**four-ball** \ˈ=ˌ=\ *or* **four-ball match** *n* **1** : BEST-BALL FOURSOME **2** : a golf match in which four players tee off and partners select the better drive and alternate in striking the ball

**fourbe** *or* **fourb** *n* -S [F *fourbe*, fem., trick & *fourbe*, masc., swindler, fr. MF, fr. *fourbir* to polish, clean, steal — more at FURBISH] **1** *obs* : TRICK **2** *obs* : IMPOSTOR

**four·be·rie** \ˈfu̇rbəˌrē\ *n* -S [F, fr. *fourbe* + *-erie* -ery] : TRICKERY, DECEPTION

**¹four·ble** \ˈfōrbəl, ˈfȯr-\ *adj* [¹*four* + *-ble* (as in *double*)] *dial* : QUADRUPLE, FOURFOLD

**²fourble** \ˈ"\ *n* -S : a unit of pipe for drilling oil consisting of four lengths coupled together

**fourble board** *n* : a platform at a height of 80 feet or more above the floor of an oil derrick

**four·cault process** \(ˈ)fu̇l(ə)rˈkō-, (ˈ)fō|\ *n, usu cap F* [after Émile *Fourcault*, 20th cent. Belg. inventor] : a process of drawing molten glass vertically upward in sheet form 〈the *Fourcault process* produces flat glass for windows —E.R.Riegel〉

**four–centered arch** \ˈ=,==-\ *n* : an arch whose intrados curve is described from four centers — compare TUDOR ARCH

**four·chée** *also* **four·ché** \(ˈ)fu̇(ə)rˈshā\ *or* **four·chy** \ˈfu̇(ə)rshē\ *adj* [F *fourchée* (fem.) & *fourché* (masc.), fr. OF *forchiée* (fem.) & *forchié* (masc.), fr. *forchié*, past part. of *forchier* to fork, fr. *forche* fork, fr. L *furca* — more at FORK] **1** *heraldry* : having the end of each arm divided so as to terminate in a V — used of a cross; see CROSS illustration **2** *heraldry* : divided near the end into two parts 〈a lion rampant, tail ~〉

**¹four·chette** \fu̇(ə)rˈshet\ *n* -S [F, lit., fork, fr. MF *forchete*, fr. *forche* + *-ete* -ette] **1 a** : a small fold of membrane connecting the labia minora in the posterior part of the vulva **b** : WISHBONE **c** : FROG 2 **2** *or* **for·chette** \(ˈ)fȯ(ə)r-\ : the strip or shaped piece used for the sides of the fingers of a glove — see GLOVE illustration **3** : TENACE

**²four·chet·té** \ˌfu̇rshəˈtā\ *adj* [modif. of F *fourcheté*, fr. *fourchette* fork] : FOURCHÉE

**four–color** \ˈ=ˌ==\ *adj* **1** : having four colors **2** *of process printing* : using the four colors red, yellow, blue, and black — compare COLOR PHOTOGRAPHY

**four–cornered** \ˈ=ˌ==\ *adj* [ME, fr. *four*, *foure* four + *cornered*] **1** : QUADRANGULAR **2** : having four participants 〈a *four-cornered* fight〉

**four corners** *n pl* **1** *sing in constr* : the intersection of two roads or the meeting of four roads : CROSSROADS 〈a little grocery at the *four corners* —John Dos Passos〉 **2** : the entire area comprising something 〈in the *four corners* of the political, social, cultural, and religious horizon —A.L. Guérard〉 **3** *sing in constr* : a skittles game with four pins

**four–coupled locomotive** \ˈ=ˌ==-\ *n* : a locomotive with two pairs of driving wheels which are connected together by coupling rods

**four·croya** \fu̇rˈkrȯi(y)ə, fōr-\ [NL, fr. Count Antoine F. de *Fourcroy* †1809 Fr. chemist] *syn of* FURCRAEA

**four–cycle** \ˈ=ˌ==\ *adj* : having a four-stroke cycle 〈a *four-cycle* internal combustion engine〉

**four–decker** \ˈ=ˌ==\ *n* : a ship with four decks

**four–dimensional** \ˈ=ˌ=ˌ=(=)=\ *adj* : having or relating to four dimensions; *esp* : involving or relating to the fourth dimension

**four–door** \ˈ=ˌ=\ *adj, of an automobile* : having two seating compartments each provided with two doors

**four·drin·i·er** \fu̇rˈdrinēər, -ēˌā\ *or* **fourdrinier machine** *n* -S *often cap F* [after Henry *Fourdrinier* †1854 and Sealy *Fourdrinier* †1847 Eng. papermakers and inventors] : a paper machine in which the web of paper is formed on an endless traveling wire screen that passes under a dandy roll, over suction boxes, through presses, and over dryers to the calenders and reels — compare CYLINDER MACHINE

**fourdrinier wire** *n, often cap F* : a continuous screen of fine wire cloth used for draining pulp in a fourdrinier machine

**four–em space** *n* [contr. of *four-to-em space*] : a space in printing that is ¼ of an em in thickness

**four–eyed** \ˈ=ˌ=\ *adj* **1** : having or appearing to have four eyes **2** : wearing glasses 〈getting tired of being called a *four-eyed* weakling〉

**four–eyed fish** *n* : a fish of the genus *Anableps*

**four–eyed opossum** *n* : any of various So. American opossums that are distributed between two genera (*Metachirops* and *Metachirus*) and are distinguished by a patch of light hair above each eye

**four–eyes** \ˈ=ˌ=\ *n pl but sing in constr* **1** : FOUR-EYED FISH **2** : a person who wears glasses

**4–F** \ˈ=ˈ=\ *n, pl* **4–F's** *usu cap F* [so called fr. the arbitrary official designation of the class of registrants consisting of those men found unfit for military service under the Selective Service System established by the U.S. during World War II] : one who is rejected for military service because of a physical, mental, or moral disability

**four–five–six** \ˈ=ˌ=ˈ=\ *n* : a game played with three dice in which 4-5-6 is one of the winning casts

**four flush** *n* [³*four* + *flush*] : four cards of the same suit in a five-card poker hand

**four–flush** \ˈ"\ *vi* [*four flush*] : to make a false claim : BLUFF 〈no beating around the bush and pretending and *four-flushing* —*Amer. Mercury*〉

**four–flusher** \ˈ=ˌ=ə(r)\ *n* : one that cannot back up his pre-