# EXHIBIT H

# Black's Law Dictionary®

## Eighth Edition

**Bryan A. Garner**
Editor in Chief

THOMSON
WEST™

Mat #40231642
Mat #40235008—deluxe

**foster-care review board.** A panel of screened and trained volunteers who routinely review cases of children placed in foster care, examine efforts at permanency planning, and report to the court. [Cases: Infants ⇨17, 226. C.J.S. *Adoption of Persons* §§ 10–12; *Infants* §§ 8–9.]

**foster child.** See CHILD.

**foster father.** See *foster parent* under PARENT.

**foster home.** A household in which foster care is provided to a child who has been removed from his or her birth or adoptive parents, usu. for abuse or neglect. • A foster home is usu. an individual home, but it can also be a group home. [Cases: Infants ⇨226. C.J.S. *Adoption of Persons* §§ 10–12.]

**fosterlean** (fos-tər-leen). *Hist.* Remuneration for rearing a foster child.

**fosterling.** See *foster child* under CHILD.

**foster mother.** See *foster parent* under PARENT.

**foster parent.** See PARENT.

**foul bill of lading.** See BILL OF LADING.

**foundation. 1.** The basis on which something is supported; esp., evidence or testimony that establishes the admissibility of other evidence <laying the foundation>. [Cases: Evidence ⇨117, 366–381. C.J.S. *Evidence* §§ 208, 819–822, 824–833, 870–878, 881, 884, 889, 917–919, 932–933, 935–939, 949, 957, 959–962, 964, 976, 982–983, 986, 992–994, 998, 1000, 1002–1006, 1008, 1010–1022, 1026–1034.] **2.** A fund established for charitable, educational, religious, research, or other benevolent purposes; an endowment <the Foundation for the Arts>.

> ***private foundation.*** A charitable organization that is funded by a single source, derives its income from investments rather than contributions, and makes grants to other charitable organizations. • A private foundation is generally exempt from taxation. IRC (26 USCA) § 509. — Also termed *private nonoperating foundation*.
>
> ***private nonoperating foundation.*** See *private foundation*.
>
> ***private operating foundation.*** A private foundation that conducts its own charitable program rather than making grants to other charitable organizations. • Most of the foundation's earnings and assets must be used to further its particular charitable purpose.

**foundational evidence.** See EVIDENCE.

**foundational fact.** See *predicate fact* under FACT.

**founded on,** *adj.* Having as a basis <the suit was founded on the defendant's breach of contract>.

**founder,** *n.* **1.** A person who founds or establishes; esp., a person who supplies funds for an institution's future needs. **2.** SETTLOR (1).

**founder's share.** (*usu. pl.*) In England, a share issued to the founder of a company as a part of the consideration for the business. • Now rare, a founder's share participates in profits only if the dividend on ordinary shares has been paid to a specified amount.

**founding father.** A prominent figure in the founding of an institution or esp. a country; specif., one who played a leading role in founding the United States of America, and esp. in the Revolutionary War and the making of the U.S. Constitution.

**foundling.** A deserted or abandoned infant.

**foundling hospital.** A charitable institution, found esp. in Europe, the purpose of which is to care for abandoned children.

**four, rule of.** See RULE OF FOUR.

**four corners.** The face of a written instrument. • The phrase derives from the ancient custom of putting all instruments (such as contracts) on a single sheet of parchment, as opposed to multiple pages, no matter how long the sheet might be. At common law, this custom prevented people from fraudulently inserting materials into a fully signed agreement. The requirement was that every contract could have only four corners. [Cases: Contracts ⇨143(1), 147(2); Evidence ⇨397, 448. C.J.S. *Contracts* §§ 302–303, 309–313; *Evidence* §§ 1159, 1165, 1189, 1214–1215, 1217, 1220–1221, 1228, 1286–1288, 1291.]

**four-corners rule. 1.** The principle that a document's meaning is to be gathered from the entire document and not from its isolated parts. [Cases: Contracts ⇨143.5; Evidence ⇨448. C.J.S. *Contracts* § 314.] **2.** The principle that no extraneous evidence should be used to interpret an unambiguous document. Cf. PAROL-EVIDENCE RULE. [Cases: Evidence ⇨448. C.J.S. *Evidence* §§ 1214–1215, 1217, 1220–1221, 1228, 1286–1288, 1291.]

**IV-D agency.** See CHILD-SUPPORT-ENFORCEMENT AGENCY.

**four-folding.** *Hist.* The quadrupling of a property's taxable value for purposes of penalizing a person who falsely underreported the property's true taxable value.

> "In the State of Connecticut a number of men are chosen annually by each town, to receive from each inhabitant a list of the taxable property in his possession. This list is required by law; and is made up by the proprietor. The men, who receive it, are from their employment called *Listers*. If the proprietor gives in a false list, he is punished by having the falsified article increased on the list four-fold.... We therefore style this punishment *four-folding*." 4 Timothy Dwight, *Travels in New-England and New-York* 284 (1822).

**401(k) plan.** See EMPLOYEE BENEFIT PLAN.

**403(b) plan.** See EMPLOYEE BENEFIT PLAN.

**457 plan.** See EMPLOYEE BENEFIT PLAN.

**Fourteenth Amendment.** The constitutional amendment, ratified in 1868, whose primary provisions effectively apply the Bill of Rights to the states by prohibiting states from denying due process and equal protection and from abridging the privileges and immunities of U.S. citizenship. • The amendment also gave Congress the power to enforce these provisions, leading to legislation such as the civil-rights acts. [Cases: Constitutional Law ⇨206, 209–250.5, 251–320.5. C.J.S. *Constitutional Law* §§ 455, 461–467, 470, 501, 503, 513, 518, 540, 557, 576–581, 585, 587, 596, 612, 614–618, 649, 700–773, 775–912, 916–917, 919–1348, 1350–1396, 1399–1401, 1405–1427; *Right to Die* § 2; *Zoning and Land Planning* § 23.]

683

Fourth ratified unreas of war CAUSE. Searches 32, 34,

fourth e media. ment's equal Lords mons. the nob

fourth-se

four uni joint te time, a ⇨1. C.

fovere co kaw-zər A judg interest case if ruling i

Fox's Lib in a lib or not- The jur guilty i publish empow stateme

foy (foy

FPA. abb

"F.P. the i due Sue 2 E. Frenc

FPC claus

FPLS. abb

Fr. abbr.

FRA. abb WARD-RA

fractional less tha ing to either n acreage.

fractional

fragmenta man law. jurists a Fr.; Ff.

fragment

frame, vb draft or incrimin esp. fab