UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br><br>Plaintiff,<br>V.<br><br>KENT SCHOOL CORPORATION<br><br>Defendant. | x : : : : : : : : : x | CIVIL NO. 3 02 CV 1095 (CFD)<br><br>JUNE 26, 2007 |

**CHICAGO TITLE'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 7 (b) and Local Civil Rule 7, the plaintiff, Chicago Title Insurance Company ("Chicago Title"), respectfully requests leave to file a supplemental memorandum of law in support of its motion for summary judgment, dated October 26, 2006, to address the Connecticut Supreme Court's recent decision in AMCAT Corp. v. Greater New York Mutual Ins. Co., 282 Conn. 576 (May 29, 2007), which held that a policyholder who prevails in a declaratory judgment action against its insurance carrier can recover attorney's fees only upon a showing of bad faith. At the time Chicago Title submitted its motion for summary judgment and accompanying memorandum of law, the Connecticut Supreme Court had not yet addressed the issue of the availability of attorney's fees to a prevailing policyholder, which is the precise issue before this Court on the parties cross motions for summary judgment.

Accordingly, because the Connecticut Supreme Court's decision in AMCAT resolves the issue of the proper standard for imposing attorney's fees where a policyholder prevails in a declaratory judgment action against its insurance carrier, Chicago Title respectfully asks the Court's permission to file the attached supplemental memorandum of law to discuss the contours and implications of this crucial decision as it relates to the cross motions for summary judgment currently pending before the Court.

PLAINTIFF,
CHICAGO TITLE INSURANCE
COMPANY
/s/______________________

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Andrea Donovan Napp (ct 26637)
anapp@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8240
Fax No.: (860) 275-8299

**CERTIFICATION**

I hereby certify that on June 26, 2007, a copy of the foregoing Motion for leave to File Supplemental Memorandum of Law in Support of Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis Brady, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

/s/

Andrea Donovan Napp