UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02-CV-1095 (CFD) |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | JULY 3, 2007 |

KENT SCHOOL CORPORATION'S MOTION FOR RELIEF TO FILE A SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule of Civil Procedure 7(b) and Local Rule 7, Kent School Corporation, respectfully requests leave to file a supplemental memorandum of law in support of its Motion for Summary Judgment dated October 27, 2006. The purpose of the supplemental memorandum is to address the Connecticut Supreme Court's recent decision in ACMAT Corp. v. Greater New York Mutual Ins. Co., 282 Conn. 576 (May 29, 2007). Chicago Title Insurance Company filed a motion for leave and a corresponding supplemental memorandum on or about June 26, 2007. That motion incorrectly restricts the meaning of the ACMAT decision and incorrectly distorts the position of Kent School in this matter.

NO ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

Specifically, Chicago Title asserts in its motion (at page 1) that the ACMAT case "held that a policyholder who prevailed in a declaratory judgment action against its insurance carrier can recover attorney's fees only upon a showing of bad faith." That is simply not the holding. The ACMAT court separately held that a contractual provision would support recovery of attorneys' fees by a policyholder. ACMAT, 282 Conn. at 582 and 583 and 592 and 594. It is that very contractual provision that serves as the principal basis both for Kent School's counterclaim for defense expenses and for its motion for summary judgment here. In order to provide a balanced assessment of the relevance of the ACMAT case, it is only fair and appropriate that Kent School be allowed an opportunity to present a supplemental memorandum of law.

DEFENDANT - THE KENT SCHOOL CORPORATION

By: Francis J. Brady - ct04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
E-Mail: fbrady@murthalaw.com
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, a copy of the foregoing Kent School Corporation's Motion for Relief to File A Supplemental Memorandum of Law in Support of Its Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis J. Brady - ct04296

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
E-mail: fbrady@murthalaw.com