UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHICAGO TITLE INS. CO.

vs.

KENT SCHOOL CORP.

CASE NO. 3:02CV1095(CFD)

**JUDGMENT**

This action having come on for consideration of plaintiff's motion for summary judgment and defendant's motion for partial summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed its ruling on September 24, 2007 granting the plaintiff's motion and denying the defendant's motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff.

Dated at Hartford, Connecticut, this 26th day of September, 2007.

KEVIN F. ROWE, Clerk

By________________
Devorah Johnson
Deputy Clerk