**FORM 1**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

Chicago Title Insurance Co.

v. **CIVIL CASE NO.** 3:02CV1095(CFD)

Kent School Corporation

**NOTICE OF APPEAL**

1. **Pursuant to F. R. A. P. 4(a)(1),** Chicago Title Ins. Co. **hereby gives notice and**
**(appealing party)**
**appeals to the United States Court of Appeals for the Second Circuit from the following**

**Judgment or Order (attach the Judgment or Order):**
Court's Order denying the plaintiff's motion for summary judgment and granting the defendant's motion for summary judgment on count one of its counterclaim (Docket #59)

2. **The Judgment /Order in this action was entered on** October 2, 2007.
**(date)**

**Signature**

Andrea Donovan Napp (ct26637)
**Print Name**

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
**Address**

**Date:** 10/31/07

(860) 275-8206
**Telephone Number**

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).