#455 pl

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>THE KENT SCHOOL CORPORATION<br><br>Defendant. | : | CIVIL ACTION<br>NO. 3:02-C-1095 (CFD)<br><br><br><br><br><br>November 8, 2007 |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that defendant The Kent School Corporation ("Kent School") hereby cross-appeals to the United States Court of Appeals for the Second Circuit from the Judgment dated October 2, 2007 [Docket No. 99] granting plaintiff Chicago Title Insurance Co.'s ("Chicago Title") motion for summary judgment and denying Kent School's motion for partial summary judgment with respect to count two of Kent School's counterclaim. Kent School also appeals from all subsidiary findings and conclusions of the Court that led to such Judgment, including the Order [Docket No. 97] granting Chicago Title's motion for summary judgment and denying Kent School's partial motion for summary judgment on count two of Kent School's counterclaim. Chicago Title appealed on October 31, 2007.

DEFENDANT – THE KENT SCHOOL CORPORATION

By ______________________
Francis J. Brady – ct04296
Everett E. Newton – ct02508
Michael C. Markowicz – ct27253

Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: fbrady@murthalaw.com
enewton@murthalaw.com
mmarkowicz@murthalaw.com
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Cross-Appeal was mailed first class, postage prepaid this 8th day of November, 2007 to counsel of record noted below.

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Andrea Donovan Napp, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, Massachusetts 02108

Michael C. Markowicz – ct 27253