**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHICAGO TITLE INS. CO. | : | |
| | : | |
| v. | : | CASE NO. 3:02CV1095(CFD) |
| | : | |
| KENT SCHOOL CORP. | : | |

## JUDGMENT

This action having come on for consideration of the parties' cross motions for summary judgment before the Honorable Christopher F. Droney, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law, the court having filed its ruling denying the plaintiff's motion for summary judgment and granting the defendant's motion for summary judgment on count one of its counterclaim [docket # 59], and its ruling denying the defendant's motion for partial summary judgment on count two of its counterclaim and granting the plaintiff's motion for summary judgment on count two of the counterclaim [docket # 97], it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant except with respect to count two of its counterclaim. Judgment is entered in favor of the plaintiff with respect to count two of the defendant's counterclaim.

Dated at Hartford, Connecticut, this 2nd day of October, 2007.

KEVIN F. ROWE, Clerk

By /s/_______________
Barbara Grady
Deputy Clerk