UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY, | : | No. 3:02-CV-1095(CFD) |
| Plaintiff, | : | |
| v. | : | |
| THE KENT SCHOOL CORPORATION, | : | |
| Defendant. | : | NOVEMBER 8, 2007 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of KENT SCHOOL CORPORATION in the above-captioned action.

Everett E. Newton – ct02508

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
E-Mail: enewton@murthalaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed first class, postage prepaid on this 8th day of November, 2007 to counsel of record noted below.

Frank P. Coulom, Jr., Esq.
Marion Manzo, Esq.
Andrea Donovan Napp, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Lawrence Heffernan, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

Everett E. Newton – ct02508



984983v1