UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHICAGO TITLE INSURANCE COMPANY | x | |
| Plaintiff, | : | CIVIL NO. 3 02 CV 1095 (CFD) |
| V. | : | |
| KENT SCHOOL CORPORATION | : | |
| Defendant. | : | |
| | : | JANUARY 25, 2008 |
| | x | |

**JOINT INDEX TO RECORD ON APPEAL**


| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 06/24/02 | 1 | COMPLAINT | 1 |
| 09/27/02 | 8 | ANSWER & AFFIRMATIVE DEFENSES & COUNTERCLAIM | 2 |
| 10/21/02 | 13 | REPLY TO DEFENSES AND COUNTERCLAIMS (PART 1 OF 2) | 3 |
| 10/21/02 | 13 | ANSWER TO AFFIRMATIVE DEFENSES AND COUNTERCLAIMS (PART 2 OF 2) | 4 |
| 03/17/04 | 29 | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT | 5 |
| 03/17/04 | 30 | PLAINTIFF'S MEMORANDUM IN SUPPORT RE MOTION FOR SUMMARY JUDGMENT | 6 |

| | | | |
|---|---|---|---|
| 03/17/04 | 31 | PLAINTIFF'S STATEMENT OF MATERIAL FACTS | 7 |
| 03/17/04 | 32 | PLAINTIFF'S EXHIBITS RE MOTION FOR SUMMARY JUDGMENT | 8 |
| 05/21/04 | 37 | MOTION TO AMEND AFFIRMATIVE DEFENSES | 9 |
| 05/21/04 | 38 | DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT | 10 |
| 05/21/04 | 39 | DEFENDANT'S MEMORANDUM IN OPPOSITION RE MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT (PART 1 OF 2) | 11 |
| 05/21/04 | 40 | DEFENDANT'S MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT RE CROSS MOTION FOR SUMMARY JUDGMENT (PART 2 OF 2) | 12 |
| 05/21/04 | 41 | DEFENDANT'S 56(a)(1) STATEMENT OF MATERIAL FACTS RE CROSS MOTION FOR SUMMARY JUDGMENT | 13 |
| 05/21/04 | 42 | DEFENDANT'S 56(a)(2) STATEMENT OF MATERIAL FACTS RE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT | 14 |
| 05/21/04 | 43 | DEFENDANT'S INDEX OF AFFIDAVITS | 15 |
| 05/21/04 | 44 | DEFENDANT'S INDEX OF EXHIBITS | 16 |
| 06/08/04 | 46 | OBJECTION TO MOTION TO | 17 |

| | | | |
|---|---|---|---|
| | | AMEND | |
| 06/22/04 | 48 | REPLY TO RESPONSE TO MOTION TO AMEND | 18 |
| 07/02/04 | 49 | PLAINTIFF'S MEMORANDUM IN OPPOSITION AND REPLY BRIEF RE CROSS MOTION FOR SUMMARY JUDGMENT (PART 1 OF 2) | 19 |
| 07/02/04 | 50 | PLAINTIFF'S REPLY AND MEMORANDUM IN OPPOSITION TO RESPONSE RE MOTION FOR SUMMARY JUDGMENT (PART 2 OF 2) | 20 |
| 07/02/04 | 51 | PLAINTIFF'S STATEMENT OF MATERIAL FACTS RE CROSS MOTION FOR SUMMARY JUDGMENT | 21 |
| 08/02/04 | 53 | DEFENDANT'S REPLY TO RESPONSE TO CROSS MOTION FOR SUMMARY JUDGMENT | 22 |
| 03/18/05 | 58 | ORDER DENYING MOTION TO AMEND/CORRECT | 23 |
| 03/18/05 | 59 | ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND GRANTING CROSS MOTION FOR SUMMARY JUDGMENT | 24 |
| 10/27/06 | 77 | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT | 25 |
| 10/27/06 | 78 | PLAINTIFF'S MEMORANDUM IN SUPPORT RE MOTION FOR SUMMARY JUDGMENT | 26 |
| 10/27/06 | 79 | PLAINTIFF'S STATEMENT OF MATERIAL FACTS | 27 |

| | | | |
|---|---|---|---|
| 10/27/06 | 80 | JOINT STIPULATION RE MOTION FOR SUMMARY JUDGMENT | 28 |
| 10/27/06 | 81 | DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (PARTIAL) ON ITS COUNTERCLAIM FOR ATTORNEYS' FEES | 29 |
| 10/27/06 | 82 | DEFENDANT'S STATEMENT OF MATERIAL FACTS | 30 |
| 10/27/06 | 83 | DEFENDANT'S MEMORANDUM IN SUPPORT RE MOTION FOR SUMMARY JUDGMENT | 31 |
| 11/01/06 | 84 | DEFENDANT'S SUPPLEMENTAL AFFIDAVIT RE MEMORANDUM IN SUPPORT OF MOTION | 32 |
| 11/21/06 | 85 | PLAINTIFF'S MEMORANDUM IN OPPOSITION RE MOTION FOR SUMMARY JUDGMENT | 33 |
| 11/21/06 | 86 | DEFENDANT'S MEMORANDUM IN OPPOSITION RE MOTION FOR SUMMARY JUDGMENT | 34 |
| 12/13/06 | 87 | PLAINTIFF'S REPLY TO RESPONSE | 35 |
| 12/13/06 | 88 | DEFENDANT'S REPLY TO RESPONSE | 36 |
| 06/26/07 | 89 | PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW | 37 |
| 06/26/07 | 90 | PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW | 38 |
| 07/03/07 | 91 | DEFENDANT'S FIRST MOTION FOR LEAVE TO FILE A SUPPLEMENTAL | 39 |

| | | | |
|---|---|---|---|
| | | MEMORANDUM OF LAW | |
| 07/12/07 | 96 | DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT | 40 |
| 09/24/07 | 97 | ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT | 41 |
| 10/02/07 | 99 | JUDGMENT ENTERED | 42 |
| 01/07/08 | 105 | TRANSCRIPT OF PROCEEDINGS | 43 |

PLAINTIFF,
CHICAGO TITLE INSURANCE COMPANY

/s/_______________________

Lawrence P. Heffernan (ct 22567)
lheffernan@rc.com
Andrea Donovan Napp (ct 26637)
anapp@rc.com
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8206
Fax No.: (860) 275-8299

DEFENDANT,
THE KENT SCHOOL CORPORATION

/s/_______________________

Francis J. Brady (ct 04296)
frbrady@murthalaw.com
Michael C. Markowicz (ct 27253)
mmarkowicz@murthalaw.com
Murtha Cullina, LLP
CityPlace I
185 Asylum St.
Hartford, CT 06103-3469
Tel. No.: (860) 240-6000
Fax No.: (860) 240-6150

**CERTIFICATION**

I hereby certify that on January 25th, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Francis Brady, Esq.
Michael C. Markowicz, Esq.
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469

/s/______________________________
Andrea Donovan Napp