CT / New Haven
02-cv-1095
Judge Droney

MANDATE

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

UNITED STATES COURT OF APPEALS
FILED
JUN 18 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

DOCKET NOS. 07-4818-cv (L)
07-5022-cv (XAP)

CHICAGO TITLE INS. CO. :
:
v. :
:
KENT SCHOOL CORP. :
: JUNE 10, 2008

## STIPULATION OF DISMISSAL

The undersigned hereby stipulate that the above-captioned appeal and cross-appeal are hereby withdrawn with prejudice, without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Attorney for Appellant/Cross-Appellee
Lawrence P. Heffernan, Robinson & Cole LLP

Attorney for Appellee/Cross-Appellant
Francis Brady, Murtha Cullina LLP

SO ORDERED.

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel

June 18, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

Certified: JUN 20 2008